1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   Brandon Roberts
8  633 Ramblewood Drive
   Canyon Lake, Texas 78133
9
   Defendant, *in pro se*
10
                  UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
12

13 | Adobe Systems Incorporated,              ) | Case No. CV 08-934 SI
14 |                        Plaintiff,        ) | STIPULATION TO EXTEND TIME TO
   |       v.                                 ) | RESPOND TO COMPLAINT
15 |                                          ) | PURSUANT TO LOCAL RULE 6-1
   | Brandon Roberts and Does 1 – 10, inclusive, ) |
16 |                                          ) |
   |                        Defendants.       ) |
17 |                                          ) |

18      PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its

19 counsel of record, Annie Wang, of J. Andrew Coombs, A P.C., and Defendant Brandon Roberts

20 ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

21      WHEREAS the Complaint was filed in the above-captioned matter on or about February

22 13, 2008;

23      WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or

25 about February 23, 2008;

26      WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about

27 March 24, 2008;

28

Adobe v. Roberts, et al.: Stip. to extend time 6-1          - 1 -

1  WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until April 23, 2008, to respond to the Complaint.

DATED: March 14, 2008          J. Andrew Coombs, A Professional Corp.

                                J. Andrew Coombs
                                Annie Wang
                                Attorneys for Plaintiff Adobe Systems Incorporated

DATED: March 14, 2008          Brandon Roberts

                                Brandon Roberts
                                Defendant, *in pro se*

Adobe v. Roberts, et al.: Stip. to extend time 6-1        - 2 - 

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On March 14, 2008, I served on the interested parties in this action with the following:

- **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1**

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |
|---|---|

Place of Mailing: Glendale, California
Executed on March 14, 2008, at Glendale, California

_____
Katrina Bartolome