**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking     General Court Number
Clerk     415.522.2000

May 21, 2008

RE:  CV 08-00934 SI          ADOBE SYSTEMS INCORPORATED-v- BRANDON ROBERTS, ET AL.


Default is entered as to defendant Brandon Roberts on May 21, 2008 .



RICHARD W. WIEKING, Clerk
/s/

byYumiko Saito
Case Systems Administrator


NDC TR-4  Rev. 3/89