J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 300-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Adobe Systems Incorporated, | ) | Case No. CV 08-934 SI |
|---|---|---|
| Plaintiff, | ) | ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT |
| v. | ) | |
| Brandon Roberts, et al., | ) | |
| Defendants. | ) | |

Plaintiff Adobe Systems Incorporated ("Plaintiff") hereby requests a continuance of the Case Management Conference currently on calendar for May 30, 2008, and all associated dates, to a new Case Management Conference date of August 29, 2008, or a date thereafter acceptable to the Court based on the following:

Plaintiff served the Summons and Complaint on Defendant Brandon Roberts on or about February 23, 2008.

Proof of service of was previously filed with the Court on or about April 1, 2008.

A request for entry of default was filed with the Court on or about May 20, 2008, and default was entered on May 21, 2008.

Whereas a continuance will allow Plaintiff to prepare and file its Motion for Default Judgment.

DATED: May 22, 2008          J. Andrew Coombs, A Professional Corp.

                             By: ___/s/ Annie S. Wang_____
                                   J. Andrew Coombs
                                   Annie S. Wang
                             Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Roberts: Req. to Continue CMC          - 1 -

## DECLARATION OF ANNIE S.WANG

I, Annie S. Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Roberts, et al.</u>  I make this declaration in support of Plaintiff's administrative request that the Court continue the case management conference. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2  I am informed and believe the Defendant Brandon Roberts ("Defendant") was served with Summons and Complaint on or about February 23, 2008.

3. I am informed and believe that on or about April 1, 2008, Plaintiff filed the proof of service on Defendant with the Court.

4. I am informed and believe a request for entry of default was filed with the Court on or about May 20, 2008, and default was entered on May 21, 2008.

5. A continuance will allow Plaintiff to prepare and file its Motion for Default Judgment

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 22nd day of May, 2008, at Glendale, California.

                                                              /s/ Annie S. Wang
                                                            ANNIE S. WANG

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On May 22, 2008, I served on the interested parties in this action with the following:

ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |
|---|---|

Place of Mailing: Glendale, California
Executed on May 22, 2008, at Glendale, California

_____
Annie Wang

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                       UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,           )   Case No. CV 08-934 SI
                                         )
11         Plaintiff,                    )   [PROPOSED] ORDER CONTINUING
        v.                               )   CASE MANAGEMENT CONFERENCE
12                                       )
   Brandon Roberts, et al.,              )
13                                       )
           Defendants.                   )
14

15     WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative

16 request to continue the Case Management Conference and good cause being shown, the Case

17 Management Conference currently on calendar for May 30, 2008 at 2:00 p.m. is hereby continued

18 to _____, 2008 at _____, and all associated dates continued accordingly.

19     IT IS SO ORDERED.

20

21 DATED:

22                                           _____
                                             Hon. Susan Illston
23                                           Judge, United States District Court, Northern
                                             District of California
24

25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
26
   By: ___/s/ Annie S. Wang_____
27        J. Andrew Coombs
          Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Roberts: Proposed Order Continuing CMC            - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On May 22, 2008, I served on the interested parties in this action with the following:

ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |

Place of Mailing: Glendale, California
Executed on May 22, 2008, at Glendale, California

_____
Annie Wang