J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 300-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,  ) | Case No. CV 08-934 SI |
| Plaintiff,  ) | [PROPOSED] ORDER CONTINUING |
| v.  ) | CASE MANAGEMENT CONFERENCE |
| Brandon Roberts, et al.,  ) | |
| Defendants.  ) | |

WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative request to continue the Case Management Conference and good cause being shown, the Case Management Conference currently on calendar for May 30, 2008 at 2:00 p.m. is hereby continued to __8/29/08__, 2008 at __2:00 p.m.__, and all associated dates continued accordingly.

IT IS SO ORDERED.

DATED:

_____
Hon. Susan Illston
Judge, United States District Court, Northern District of California

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: ___/s/ Annie S. Wang_____
      J. Andrew Coombs
      Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Roberts: Proposed Order Continuing CMC         - 1 -

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On May 22, 2008, I served on the interested parties in this action with the following:

ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |
|---|---|

Place of Mailing: Glendale, California
Executed on May 22, 2008, at Glendale, California

_____
Annie Wang