J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, | ) Case No. CV 08-934 SI |
| Plaintiff, | ) NOTICE AND MOTION FOR ENTRY OF |
| v. | ) DEFAULT JUDGMENT; |
| | ) DECLARATIONS AND EXHIBITS IN |
| Brandon Roberts, et al., | ) SUPPORT |
| Defendants. | ) Court:  Hon. Susan Illston |
| | ) Date:    October 3, 2008 |
| | ) Time:   9:00 a.m. |

TO THE COURT AND TO DEFENDANTS:

PLEASE TAKE NOTICE that on October 3, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Hon. Susan Illston, United States District Judge, located at Courtroom 10, 19th Floor of the United States District Courthouse, 450 Golden Gate Ave., San Francisco, California 94102, Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") will, and hereby does, move the Court for entry of default judgment against Defendant Brandon Roberts ("Defendant") for statutory damages in the sum total of Two Hundred Fifty Thousand Dollars ($250,000.00) and post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a).  Plaintiff also seeks entry of a permanent injunction prohibiting Defendant from further infringement of Plaintiff's copyrights and trademarks.

By this Notice of Motion and Motion for Default Judgment, the Memorandum of Points and Authorities attached thereto, and the Declarations of Christopher D. Johnson, Chris Stickle, and Annie S. Wang, and exhibits attached thereto, Plaintiff requests that a default judgment be entered based on the following points:

1. Defendant is not an infant or incompetent person, or in the military service or otherwise exempted under the Soldier's and Sailor's Civil Relief Act of 1940;

2. Defendant has not appeared in the action;

3. This Notice and Motion for Default Judgment, along with all supporting papers is being served on Defendant on July 2, 2008, by placing true and correct copies thereof in sealed envelopes addressed to Defendant at the same address where service of process was completed.

4. Plaintiff elects statutory damages under the Lanham Act.

5. Plaintiff is entitled to judgment against Defendant based on violation of 15 U.S.C. §§ 1051 *et seq*.

6. The principal amount of the judgment sought as against Defendant is statutory damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00), as set forth in the accompanying Memorandum of Points and Authorities, supporting declarations and exhibits, and as authorized by 15 U.S.C. §§ 1116-1117. Plaintiff also seeks post-judgment interest calculated at the statutory rate pursuant to 28 U.S.C. § 1961(a), and entry of a permanent injunction prohibiting Defendant from further infringing any of Plaintiff's trademarks or copyrights.

7. This motion is based on this Notice of Motion, Motion for Entry of Default Judgment and accompanying Memorandum of Points and Authorities, the Declarations, and exhibits attached thereto, the exhibits and evidence to be presented at the hearing hereon, the pleadings, records and papers on file herein and such other matters and evidence as may be presented at or before the hearing.

DATED: July 2, 2008                           J. Andrew Coombs, A Professional Corp.

                                              By: ____/s/ Annie S. Wang_____
                                                      J. Andrew Coombs
                                                      Annie S. Wang
                                              Attorneys for Plaintiff Adobe Systems Incorporated

## <u>TABLE OF CONTENTS</u>

**INTRODUCTION AND STATEMENT OF FACTS**    1

A.    Plaintiff Adobe Systems Incorporated    1

B.    Defendant's Infringing Activities    3

C.    This Action    3

**ARGUMENT**    4

A.    Default Judgment Is Properly Entered Against Defendant    4
     1.    Plaintiff's Complaint Sufficiently Charges Defendants With Trademark Counterfeiting    4
     2.    All of the Other Eitel Factors Have Been Met    7

B.    Plaintiff Has Met the Procedural Requirements for Entry of a Default Judgment    9

C.    Plaintiff Is Entitled to a Permanent Injunction    9

D.    Plaintiff Is Entitled to Statutory Damages of $250,000.00 Based on Defendant's Willful Infringement of Its Trademarks    10
     1.    Defendant's Conduct Was Willful    10
     2.    Defendant Willfully Infringed Upon Adobe's Trademarks    10
     3.    Plaintiff Is Entitled to $50,000.00 For Each of Five Trademarks Based on Defendant's Willful Counterfeiting of Its Trademarks    11

E.    Plaintiff Is Entitled to Interest on the Judgment    13

**CONCLUSION**    13

Declaration of Christopher D. Johnson    14

Declaration of Chris Stickle    16

Declaration of Annie S. Wang    18

1

## <u>TABLE OF AUTHORITIES</u>

2

**CASES**

3

Academy of Motion Picture Arts & Sciences v. Creative House
Promotions, Inc., 944 F.2d 1446, 1454-55 (9th Cir. 1991)……………………………………..….5

4

AMF, Inc. v. Sleekcraft Boats, 599 F.2d 341, 348-54 (9th Cir. 1979)……………………..…...5, 7

5

Carte Blanche (Singapore) Pte. v. Carte Blanche International,
6

888 F.2d 260, 269 (2nd Cir. 1989)…………………………………………………………..…13

7

Danning v. Lavine, 572 F.2d 1386, 1388 (9th Cir. 1978)……………………………………..……4

8

Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) ........................................................4, 7-8

9

Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir. 1977) ...........................4

10

Kloepping v. Fireman's Fund,
1996 U.S. Dist. LEXIS 1786 (N.D. Cal. 1996) ....................................................... 4, 8-9

11

Levi Strauss & Co. v. Blue Bell, Inc., 778 F.2d 1352, 1354 (9th Cir. 1985)……..………………5

12

Lindy Pen Co. v. Bic Pen Co., 982 F.2d 1400, 1406 (9th Cir. 1993)………………………......10

13

M2 Software, Inc. v. Madacy Entm't, 421 F.3d 1073, 1085 (9th Cir. 2005)……………….…...6-7

14

Mullane v. Central Hanover Trust Co., 339 U.S. 306, 314 (1950) ................................... 8

15

Nishimatsu Construction Co., Ltd. v. Houston Nat'l Bank,
16

515 F.2d 1200, 1206 (5th Cir. 1975) ................................................................................ 4

17

State of Idaho Potato Commission v. G &T Terminal Packaging, Inc.,
425 F.3d 708, 721 (9th Cir 2005)……………………………………………………….........12

18

TeleVideo Systems, Inc. v. Heidenthal, 826 F.2d 915, 917 (9th Cir. 1987) ................................. 1, 8

19

Two Pesos, Inc. v. Taco Cabana, Inc., 505 U.S. 763, 769  (1992)………………………………..5

20

Vigil v. Walt Disney Co., 1995 U.S. Dist. LEXIS 15560, at *5
21

(N.D. Cal. Oct. 16, 1995)………………………………………………………...…………..5

22

**STATUTES**

23

15 U.S.C. § 1051. …………………………………………………………….…………..…3, 5

24

15 U.S.C. § 1114        …………………………………………………………………………..5

25

15 U.S.C. § 1115(a)………………………………………………………………….……........5

26

15 U.S.C. § 1116(d) ………………………………………………………………….……......11

27

15 U.S.C. § 1117(a)-(c)……………………………………………….……………….…...1, 7, 10-12

28

28 U.S.C. § 1961(a)……………………………………………………………...…………………13

Fed. R. Civ. P. 8(b)(6) ................................................................................................... 4, 8

Fed. R. Civ. P. 54(c) ......................................................................................................... 9

Fed. R. Civ. P. 55(a)-(b) ................................................................................................... 9

### INTRODUCTION AND STATEMENT OF FACTS

Defendant Brandon Roberts ("Defendant") is involved in the manufacture, import, distribution and sale of illegitimate goods, including, but not limited to, computer software, infringing the copyrights and trademarks of Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff"). In flagrant disregard for the procedures of this Court, Defendant has failed to appear in response to valid and effective service of process upon him.

Defendant's default has deprived Plaintiff of the ability to prove up a specific amount of actual damages. Accordingly, Plaintiff relies on the statutory damages provisions contained in the Lanham Act for trademark counterfeiting. Although Defendant's conduct is such as to warrant imposition of damages for willful counterfeiting (of up to $1,000,000 per trademark counterfeited), Plaintiff limits its request to $50,000.00 for each of just five trademarks which it has attached additional evidence of infringement, Declaration of Christopher D. Johnson ("Johnson Decl.") at ¶¶ 3-8; Declaration of Chris Stickle ("Stickle Decl.") at ¶ 4.

Now, Plaintiff seeks judgment, including an award of statutory damages in the amount of $250,000.00 pursuant to Section 1117(c) of the Lanham Act, post-judgment interest, and entry of a permanent injunction prohibiting Defendant and his representatives from further infringement of Plaintiff's copyrights and trademarks.

### A.     Plaintiff Adobe Systems Incorporated

Adobe is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in San Jose, California.[1] Complaint ("Compl.") at ¶ 7. Adobe is a global leader in developing and distributing innovative computer software. Id. at ¶ 2. Its products and services offer developers and enterprises tools for creating, managing, delivering and engaging with compelling content across multiple operating systems, devices and media. Id. The software industry is competitive, and Adobe undertakes great expense and risk in conceiving, developing, testing, manufacturing, marketing, and delivering its software products to consumers. Id. Software piracy, including piracy on eBay, undermines Adobe's investment and creativity, and misleads and confuses consumers. Id.

The Adobe Software is copyrightable subject matter, and Adobe owns exclusive rights under the Copyright Act to reproduce and distribute to the public copies of the Adobe Software in

---

[1] As a result of Defendant's default, the allegations of the Complaint are deemed admitted. TeleVideo Systems, Inc. v. Heidenthal, 826 F.2d 915, 917 (9th Cir. 1987) (factual allegations of the Complaint, except those relating to the amount of damages are taken as true). *See also* the supporting declarations of Christopher D. Johnson and Chris Stickle.

the United States including but not limited to such titles as Adobe *Acrobat*, *Creative Suite*, *Dreamweaver*, *Flash*, *Illustrator*, *PageMaker*, *Photoshop*, and *Shockwave*. Id. at ¶ 8. A non-exhaustive list of Adobe's copyright registrations is attached to the Complaint as Exhibit A ("Adobe's Copyrights").

Products manufactured and sold by Adobe also bear Adobe's trademarks, including without limitation, the ADOBE, ACROBAT, CREATIVE SUITE, DREAMWEAVER, FLASH, ILLUSTRATOR, MACROMEDIA, PAGEMAKER, PHOTOSHOP, POSTSCRIPT, READER and SHOCKWAVE trademarks (collectively "Adobe's Trademarks"). Compl. at ¶ 9. Adobe uses Adobe's Trademarks on computer software as indicia of Adobe's high quality products. Id. Each year Adobe expends significant resources to develop and maintain the considerable goodwill it enjoys in Adobe's Trademarks and in its reputation for high quality. Id.

All products described in the Complaint are sold with one or more of the Adobe Trademarks which are all valid, extant and in full force and effect. Adobe's Trademarks are exclusively owned by Adobe. Id. Adobe is the successor-in-interest to and exclusive owner in the United States of all copyrights, trademarks, trade dress and other proprietary in and to Adobe's Software including the following:

| Trademark | Registration Number | Date of Registration |
|:---:|:---:|:---:|
| A | 3032288 | 12/20/2005 |
| A | 2081343 | 07/22/1997 |
| A | 1998710 | 07/23/1996 |
| A ADOBE | 1901149 | 06/20/1995 |
| ADOBE | 3029061 | 12/13/2005 |
| ADOBE | 1988712 | 07/23/1996 |
| ADOBE | 1956216 | 02/13/1996 |
| ADOBE | 1475793 | 02/09/1988 |
| ADOBE | 1486895 | 05/03/1988 |
| ADOBE PHOTOSHOP | 1651380 | 07/23/1991 |
| CREATIVE SUITE | 3111341 | 07/04/2006 |
| PHOTOSHOP | 2920764 | 01/25/2005 |
| PHOTOSHOP | 1850242 | 08/16/1994 |

Adobe's Trademarks are incontestable as Adobe, or its predecessors in interest, has continuously used each of Adobe's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.  Id. at ¶ 10.  As a result of advertising and sales, together with longstanding consumer acceptance, Adobe's Trademarks identify Adobe's products and authorized commercial distribution of these products.  Id. at ¶ 11.  Adobe's Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world.  Id.  Adobe's Copyrights and Adobe's Trademarks are collectively referred to herein as the "Adobe Properties".

**B.    Defendant's Infringing Activities**

Defendant Brandon Roberts is an individual residing in Canyon Lake, Texas.  Compl. at ¶ 12.  Defendant sold counterfeit copies of Adobe Software ("Unauthorized Software Product").  Id. at ¶ 16; Stickle Decl. at ¶ 4.  Defendant through his online identities, does business in California through sales and distribution of the Unauthorized Software Product in the State of California.  Compl. at ¶ 12.

Adobe has not licensed Defendant to distribute its software, period.  Id. at ¶ 15.  Instead, Defendant uses images confusingly similar or identical to Adobe's Trademarks, to confuse consumers and aid in the promotion of their unauthorized products.  Id. at ¶ 16.  Defendant's use of Adobe's Trademarks includes importing, advertising, displaying, distributing, selling and/or offering to sell unauthorized copies of the Adobe Software.   Id.  Defendant's use began long after Adobe's adoption and use of Adobe's Trademarks, and after Adobe obtained its copyright and trademark registrations.  Id.  Neither Adobe nor any of its authorized agents have consented to Defendant's use of the Adobe Trademarks.  Id.

Defendant's actions have confused and deceived the consuming public concerning the source and sponsorship of the unauthorized copies of the Adobe Software offered, sold and distributed by Defendant.  Compl. at ¶ 18.  By his wrongful conduct, Defendant has traded upon and diminished Adobe's goodwill.  Id.  Unless enjoined by this Court, Defendant will continue such unauthorized uses.  Id. at ¶¶ 22, 28.

**C.    This Action**

Plaintiff filed its Complaint on or about February 13, 2008.  Plaintiff's Complaint alleges violation of 17 U.S.C. § 101, et seq. (copyright infringement) and violation of 15 U.S.C. § 1051, et seq. (trademark infringement).

Defendant was served with Summons and Complaint on or about February 23, 2008. Declaration of Annie S. Wang ("Wang Decl.") at ¶ 2.  The Clerk entered Defendant's on May 21, 2008.  Id. at ¶ 5.  Despite Plaintiff's follow up efforts, Defendant has not filed a responsive pleading or otherwise appeared in this action.  Id. at ¶¶ 3-4.

## ARGUMENT

**A.** **Default Judgment Is Properly Entered Against Defendant**

In Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986), the Ninth Circuit outlined the following factors to determine whether to grant default judgment:

(1) the substantive merits of plaintiff's complaint;

(2) the complaint's sufficiency;

(3) the amount of money at stake;

(4) the possibility of prejudice to plaintiff if relief is denied;

(5) the possibility of dispute as to any material facts;

(6) whether default resulted from excusable neglect; and

(7) the policy of the Federal Rules favoring decisions on the merits.

Id. at 1470-72.

Plaintiff meets each element.

**1.** **Plaintiff's Complaint Sufficiently Charges Defendant with Trademark Counterfeiting**

The first two Eitel factors, involving the substantive merits of the claim and the sufficiency of the complaint, require that Plaintiff's allegations "state a claim upon which [it] may recover." Kloepping v. Fireman's Fund, 1996 U.S. Dist. LEXIS 1786 at *5 (N.D. Cal. 1996), *citing* Danning v. Lavine, 572 F.2d 1386, 1388 (9th Cir. 1978).  Upon a defendant's default, the factual allegations of the complaint, other than those relating to the amount of damages sustained, are deemed admitted.  Fed. R. Civ. P. 8(b)(6); Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir. 1977); Nishimatsu Construction Co., Ltd. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The complaint sufficiently pleads Plaintiff's claim for trademark counterfeiting pursuant to 15 U.S.C. §§ 1051, *et seq*. Plaintiff owns registered trademarks and the Defendant distributed software bearing identical copies of its trademarks, all without Plaintiff's authorization. Compl. at ¶¶ 24-29; Johnson Decl. at ¶¶ 3-8, Ex.s A-F; Stickle Decl. at ¶ 4. Defendant did so intentionally and his product was likely to cause confusion or mistake to the public regarding the affiliation, sponsorship, endorsement or approval of the unauthorized product. Compl. at ¶¶ 25-26. These allegations state claims for trademark counterfeiting upon which Plaintiff may recover.

To succeed on a claim under the Lanham Act, a plaintiff must establish that its mark is valid and has been infringed. 15 U.S.C. § 1114. Registration of a mark on the principal register is "prima facie evidence… of the registrant's ownership of the mark, and of the registrant's exclusive right to use the registered mark in commerce…" 15 U.S.C. § 1115(a); <u>Vigil v. Walt Disney Co.</u>, 1995 U.S. Dist. LEXIS 15560, at *5 (N.D. Cal. Oct. 16, 1995); <u>Levi Strauss & Co. v. Blue Bell, Inc.</u>, 778 F.2d 1352, 1354 (9th Cir. 1985) (registration by the trademark holder constitutes *prima facie* evidence of a protected interest with respect to the good specified in the registration). Relevant registrations and their present validity and effectiveness are alleged in the Complaint and herein. Compl. at ¶¶ 9-11; Stickle Decl. at ¶ 3, Ex. G; Wang Decl. at ¶ 8.

The test for infringement of a federally registered trademark under the Trademark Act of 1946 ("Lanham Act") is whether the alleged infringing act creates a likelihood of confusion. <u>Two Pesos, Inc. v. Taco Cabana, Inc.</u>, 505 U.S. 763, 769 (1992); <u>Academy of Motion Picture Arts & Sciences v. Creative House Promotions, Inc.</u>, 944 F.2d 1446, 1454-55 (9th Cir. 1991). In determining likelihood of confusion, the Ninth Circuit has adopted the <u>Sleekcraft</u> test, balancing the following factors: (1) strength of the mark; (2) proximity of the goods; (3) similarity of the marks; (4) evidence of actual confusion; (5) marketing channels used; (6) type of goods and degree of care consumers are likely to exercise in purchasing them; (7) intent of the defendant in selecting the mark; and (8) likelihood that the parties will expand their product lines. <u>AMF, Inc. v. Sleekcraft Boats</u>, 599 F.2d 341, 348-54 (9th Cir. 1979). In addition, when the alleged infringer knowingly adopts a mark similar to another's, some courts presume that the public will be

deceived.  M2 Software, Inc. v. Madacy Entm't, 421 F.3d 1073, 1085 (9th Cir. 2005).  These

factors all demonstrate Defendant's infringement of Plaintiff's trademarks:

1.    Strength of the Trademark:  Plaintiff's trademarks are exceptionally strong as they

identify Plaintiff's high quality products such that they have acquired secondary and distinctive

meaning in the minds of consumers throughout the world as a direct result of Plaintiff's

longstanding use, sales, advertising and marketing.  Compl. at ¶¶ 9-11.

2.    Proximity of goods:  The likelihood of confusion is heightened where as here, the

goods at issue are "related or complementary."  M2 Software, Inc., 421 F.3d at 1082.  Plaintiff has

alleged that it lawfully advertises and sells products, including computer software and related

merchandise, and that Defendant has, with actual and constructive notice of Plaintiff's federal

registration rights, and long after Plaintiff established its rights in the Plaintiff Trademarks,

adopted and used the Plaintiff Trademarks in conjunction with the manufacture, purchase,

distribution, offer of sale and sale of computer software in the State of California and in interstate

commerce.  Compl. at ¶¶ 1-30.  Defendant's products include computer software – a class of goods

for which Plaintiff has numerous trademark registrations.

3.    Similarity of the Marks:  Defendant has sought to capitalize on Plaintiff's strong

marks by copying them with no variation from their authorized versions with the intent to palm off

such goods as those of Plaintiff.  Defendant has caused to be imported, distributed, offered for sale

and sold computer software bearing one or more of Adobe's Trademarks without authorization.

Compl. at ¶¶ 15, 25.

4.    Evidence of Actual Confusion:  Purchases made by third-parties of Defendant's

unauthorized, counterfeit product evidences actual confusion as to their source and origin.

Johnson Decl. at ¶¶ 3-8.

5.    Marketing Channels Used:  Defendant used the Internet to sell his infringing goods

as "fux39."  Compl. at ¶ 12.  Plaintiff uses the Internet as a channel through which to market

legitimate product – through company owned sites such as adobe.com and third party retailers, a

matter of which the Court can, if necessary, take judicial notice.  Plaintiff also has an online

commercial presence, resulting in significant overlap in advertising markets, which increases the likelihood of confusion.  <u>M2 Software, Inc.</u>, 421 F.3d at 1083.

6.    <u>Type of Goods and Care Likely to be Exercised by the Purchaser</u>:  Defendant has duplicated Plaintiff's products so that consumers, especially those shopping online, cannot differentiate between illegal and legitimate products at the point of purchase and tend to believe that Defendant's computer software and related merchandise are authorized, sponsored, approved or associated with Plaintiff.  Compl. at ¶ 25.  Modern consumers, who are aware of the sensitivity of quality computer software look to Plaintiff's marks for assurance of Plaintiff's developed and maintained goodwill and reputation for high quality products.  <u>Id.</u> at ¶ 9.

7.    <u>Defendant's Intent in Selecting the Mark</u>:  Defendant's intention to confuse the public is self-evident.  When a person knowingly adopts a mark identical to another's mark, the Court may infer that person's intent to confuse.  <u>M2 Software</u>, 421 F.3d at 1085 (willful use creates a presumption of public deception).

8.    <u>Likelihood of Expansion of Product Lines</u>:  Plaintiff is already using its trademarks in the class of goods and services exploited by Defendant.  Furthermore, Defendant's intention to expand its product line is irrelevant as Defendant is operating an illegitimate business practice whose existing product line consists of counterfeit goods.

Thus, Plaintiff is a valid trademark holder and has sufficiently alleged in its pleadings a likelihood of confusion under the <u>Sleekcraft</u> factors for its trademark infringement claim.

**2.    All of the Other <u>Eitel</u> Factors Have Been Met**

a.    <u>Amount at Stake</u>:  Under the third <u>Eitel</u> factor, the Court must consider the amount of money at stake.  <u>Eitel</u>, 782 F.2d at 1471-72.  In the Complaint, Plaintiff prays for injunctive relief, statutory damages of up to One Million Dollars ($1,000,000) for each trademark infringed upon by the Defendant if Defendant's acts are found to be willful, and attorneys' fees.  Compl. pp.6-8; Prayer.  By this motion, Plaintiff seeks permanent injunctive relief, $250,000.00 in statutory damages as provided for in 15 U.S.C. § 1117 (c), and post-judgment interest.

b.    <u>Possibility of Prejudice</u>:  The fourth <u>Eitel</u> factor considers whether Plaintiff will

suffer prejudice if default judgment is not entered.  <u>Eitel</u>, 782 F.2d at 1471-72.  In light of the fact that Defendant declined to appear in response to proper service and his default was entered thereby admitting the averments of the Complaint, Plaintiff will likely suffer prejudice if default judgment is not entered because Plaintiff will be without further options of recourse against Defendant.

          c.          <u>Possibility of Dispute</u>:  The fifth <u>Eitel</u> factor requires the Court to consider the possibility of dispute as to any material facts in the case.  Again, upon entry of default, all well-pleaded facts in the complaint are taken as true except those relating to damages.  *See* <u>TeleVideo Systems, Inc. v. Heidenthal</u>, 826 F.2d 915, 917-18 (9th Cir. 1987); Fed. R. Civ. P. 8(b)(6).  Here, Plaintiff filed a well-pled Complaint alleging the facts necessary to establish all of its claims.  As Plaintiff's factual allegations are presumed true, no genuine dispute exists as to any material facts.

          d.          <u>Possibility of Excusable Neglect</u>:  Under the sixth <u>Eitel</u> factor, the Court considers the possibility that Defendant's default resulted from excusable neglect.  Due process requires that interested parties be given notice of the pendency of the action and be afforded an opportunity to present its objections before a final judgment is rendered.  <u>Mullane v. Central Hanover Trust Co.</u>, 339 U.S. 306, 314 (1950).  Defendant was served the Summons and Complaint but defaulted.  Wang Decl. at ¶¶ 2, 5.  Defendant had ample time to try to resolve this matter, but elected not to appear.  <u>Id.</u> at ¶¶ 3-4.  Defendant's voluntary decision to allow default to be entered contradicts any argument for excusable neglect.

          The facts of this case are dissimilar from those in <u>Eitel</u>, in which the defendant's failure to answer constituted excusable neglect because the defendant believed the litigation was over, due to a final settlement agreement that subsequently dissolved.  The defendant in <u>Eitel</u>, soon thereafter, filed an answer and counterclaim, even though it was beyond the 20-day period.  <u>Eitel</u>, 782 F.2d at 1472.  The Defendant in the present case has failed to act despite all opportunity to do so, with full knowledge that a lawsuit was filed against him and that it was his responsibility to respond.

          e.          <u>Policy for Deciding on the Merits</u>:  The seventh <u>Eitel</u> factor takes into account the preference of the Federal Rules for deciding cases on the merits.  <u>Eitel</u>, 728 F.2d at 1472.  However, "this preference, standing alone, is not dispositive."  <u>Kloepping v. Fireman's Fund</u>,

supra, 1996 U.S. Dist. LEXIS 1786 at *10. "While the Federal Rules favor decisions on the merits, they also allow for the termination of cases before the court can reach the merits….[t]hus, the preference to decide cases on the merits does not preclude a court from granting "default judgment." Id. Under Fed. R. Civ. P. 55 (a), default judgments are allowed. Here, Defendant failed to answer Plaintiff's Complaint or to otherwise appear in the action. Allowing Defendant, who failed to defend this action, to proceed to trial would greatly prejudice Plaintiff. Judgment against Defendant is proper at this time.

**B.** **Plaintiff Has Met The Procedural Requirements for Entry of a Default Judgment**

Fed. R. Civ. P. 55(b) provides for a court-ordered default judgment following entry of default by the court clerk under Rule 55(a). Kloepping v. Fireman's Fund, supra, 1996 U.S. Dist. LEXIS 1786 at *3-4. Applications for default judgment generally require the moving party state: (1) when and against which party default was entered; (2) the identification of the pleading to which default was entered; (3) whether the defaulting party is an infant or incompetent person, and if so, whether that person is adequately represented; (4) that the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply; and (5) that notice of the application has been served on the defaulting party, if required. All of these requirements have been met, as set forth in Plaintiff's Notice of Motion for Default Judgment.

Plaintiff has complied with Fed. R. Civ. P. 54(c) and 55(a). In the pending action, Plaintiff served Defendant on or about February 12, 2008, and the Clerk entered Defendant's default on or about March 31, 2008. Further, Defendant is not an infant, incompetent person, in the military, or otherwise exempt under the Soldiers' and Sailors' Civil Relief Act of 1940. Plaintiff does not request relief that differs from or exceeds that prayed for in the Complaint.

**C.** **Plaintiff Is Entitled to a Permanent Injunction**

Plaintiff has alleged in its Complaint, and has presented specific evidence, that Defendant has infringed its copyrights and trademarks by, *inter alia*, willfully and knowingly manufacturing, distributing, offering for sale and/or selling unauthorized product featuring the Adobe Properties.

The Complaint further alleges that unless enjoined, said infringements will continue with irreparable harm and damage to Plaintiff.  Compl. at ¶¶ 22, 28.

## D.  Plaintiff Is Entitled to Statutory Damages of $250,000.00 Based on Defendant's Willful Infringement of Its Trademarks

Section 1117 of the Lanham Act allows a plaintiff to elect either statutory damages or actual damages for trademark infringement.  15 U.S.C. § 1117.  Plaintiff elects statutory damages. Since Defendant acted willfully, Plaintiff is entitled to increased statutory damages awards of up to One Million Dollars per counterfeit mark per type of goods or services sold, offered for sale, or distributed.  17 U.S.C. § 1117(c)(2).  Thus, Plaintiff is seeking a reasonable award under the Lanham Act of Two Hundred Fifty Thousand Dollars ($250,000.00) for the willful infringement of its trademarks by Defendant.

### 1.  Defendant's Conduct Was Willful

Defendant has elected not to defend this case and dispute any of Plaintiff's allegations in the Complaint.  Thus, in light of Defendant's default, his willfulness as pled in the Complaint is admitted.

Willful infringement carries a connotation of deliberate intent to deceive. Courts generally apply forceful labels such as "deliberate," "false," "misleading," or "fraudulent" to conduct that meets this standard.  <u>Lindy Pen Co. v. Bic Pen Co.</u>, 982 F.2d 1400, 1406 (9th Cir. 1993).  Here, Plaintiff has alleged in its Complaint, Defendant's willfulness.  Compl. at ¶¶ 1, 4, 20, 26. Additionally, Defendant's eBay Feedback indicates that some of his customers of Adobe branded software described the product as "FAKE Adobe Software" and having "Fake" serial numbers. Johnson Decl. at ¶ 8 Ex. F.

### 2.  Defendant Willfully Infringed Upon Adobe's Trademarks

Adobe's ownership of Adobe's Trademarks cannot be disputed.  Id. at ¶¶ 9-11; Stickle Decl. at ¶ 3, Ex. G; Wang Decl. at ¶ 8.  In any event, Adobe's ownership of these trademarks is uncontested as a result of Defendant's default.  Adobe's Trademarks were duplicated in the Defendant's counterfeit merchandise.  Compl. at ¶ 16; Johnson Decl. at ¶¶ 3-8; Stickle Decl. at ¶ 5.

This evidence indicates Defendant's infringement of Adobe's Trademarks by systematically selling unauthorized product incorporating Adobe's Trademarks. Further, Plaintiff is seeking to recover from only a partial trademark list from that alleged in the Complaint and from those appearing on Defendant's counterfeit merchandise and has elected not to pursue statutory damages under the Copyright Act despite ability to do so. Thus, Plaintiff is entitled to the reasonable award requested.

### 3.    Plaintiff Is Entitled to $50,000.00 for Each of Five Trademarks Based on Defendant's Willful Counterfeiting of Its Trademarks

Plaintiff seeks Fifty Thousand Dollars ($50,000.00) per trademark for a total of Two Hundred Fifty Thousand Dollars ($250,000.00) for Defendant's infringement despite there existing cause for recovery based on more trademarks and other copyrights.[2] This is well within the statutory limits provided for pursuant to the Lanham Act and within the limits applicable to acts of innocent infringement. This amount is properly awarded given (i) Defendant's willful conduct; and (ii) Defendant's blithe disregard for the process of this Court.

Section 1117(c) provides, in pertinent part:

> In a case involving the use of a counterfeit mark (as defined in section 1116(d) of title 15) in connection with the sale, or distribution of goods or services, the plaintiff may elect, at any time before final judgment is rendered by the trial court, to recover, instead of actual damages and profits under subjection (a) of this section, an award of statutory damages for any such use in connection with the sale, or distribution of goods or services in the amount of-
>
> > (1) not less than $500 or more than $100,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the court considers just; or

---

[2] Despite Defendant's lack of response to Plaintiff's enforcement of its rights and all allegations in the Complaint deemed true based on Defendant's default, Complaint lists a number of valid trademarks and even more copyright registrations, while here, Plaintiff is seeking recovery based on only five of the trademarks, further evidencing the reasonableness of Plaintiff's statutory damages request.

(2) if the court finds that the use of the counterfeit mark was willful, not more than $1,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the court considers just.

15 U.S.C. § 1117(c)(1)-(2).

In determining such an award, the Plaintiff must establish that:

(1) Defendant intentionally used a counterfeit mark[3] in commerce- defining "counterfeit mark" as, an identical, non-genuine mark, in use by Plaintiff and registered in the same class of goods complained of without Plaintiff's prior authorization;

(2) Knowing the mark was counterfeit;

(3) In connection with the sale, offering for sale, or distribution of goods; and

(4) Its use was likely to confuse or deceive.

State of Idaho Potato Commission v. G &T Terminal Packaging, Inc., 425 F.3d 708, 721 (9th Cir. 2005).

As complained of in the Complaint, Defendant's use constituted counterfeiting as he used identical, non-genuine marks, of marks already in use and registered in the proper class of goods by Plaintiff, on goods that were likely to cause confusion or deception to the consuming public with knowledge.  Compl. ¶¶ 1, 3, 14-18, 25-29.

If this Court were to award Plaintiff only minimal damages, then Defendant in this action, as well as future defendants, would be encouraged to ignore any legal actions taken by Plaintiff against them.  The granting of the requested statutory damage award at this time will act to deter Defendant (and others) from violating Plaintiff's trademarks and otherwise violating Plaintiff's rights with relative impunity.

Defendant has chosen to permit the entry of his default.  Because of Defendant's default, Plaintiff has been left with no effective choice but to seek an award of statutory damages.  Based

---

[3] Section 15 U.S.C. 1117 (c) refers to the definition in 15 U.S.C. § 1116 (d)(1)(B) as one that "is registered on the principal register in the United States Patent and Trademark Office for such foods or services sold, offered for sale, or distributed and that is in use, whether or not the person against whom relief is sought knew such mark was so registered."

upon a portion of Defendant's systematic, willful and felonious acts, Plaintiff is entitled to an award of statutory damages of Two Hundred Fifty Thousand Dollars ($250,000.00) against Defendant.

**E.      Plaintiff Is Entitled to Interest on the Judgment**

Plaintiff is entitled to post-judgment interest.  "Interest shall be allowed on any money judgment in a civil case recovered in a district court."  28 U.S.C. § 1961(a).  Post-judgment interest shall be calculated pursuant to the statutory rate based upon date of entry of the judgment. Id.; Carte Blanche (Singapore) Pte. v. Carte Blanche International, 888 F.2d 260, 269 (2d Cir. 1989).

<div align="center">

**CONCLUSION**

</div>

For the foregoing reasons, Plaintiff respectfully requests that it be awarded permanent injunctive relief enjoining Defendant from further violation of its rights.  In addition, Plaintiff requests Judgment in its favor in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) in Lanham Act statutory damages and post judgment interest.


DATED: July 2, 2008                    J. Andrew Coombs, A Professional Corp.


                                       By:   /s/ Annie S. Wang
                                             J. Andrew Coombs
                                             Annie S. Wang
                                       Attorneys for Plaintiff Adobe Systems Incorporated

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF CHRISTOPHER D. JOHNSON

I, CHRISTOPHER D. JOHNSON, declare as follows:

1.    I am an attorney duly admitted to practice before the courts of the Central District of California.  I am the owner and principal of Effective Piracy Enforcement, Inc. ("EPE").  Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify as follows.

2.    I served as an Assistant United States Attorney in the Central District of California for fourteen (14) years, including the Computer Crimes and Intellectual Property Enforcement Unit.  During my employment as an AUSA, a significant portion of my time was spent prosecuting defendants charged with criminal violations of the Copyright Act.  I was also employed as Vice-President for Anti-Piracy by The Walt Disney Company.

3.    On or about November 18, 2007, I reviewed some auctions posted by an eBay user identified under the ID "fux39."  On or about that same date, I engaged in a transaction with "fux39" for a copy of Adobe Photoshop CS3, which was advertised as "Adobe Photoshop CS3 * NEW * Full Version Factory Sealed."  A true and correct copy of the eBay listing for "Adobe Photoshop CS3 * NEW * Full Version Factory Sealed" is attached hereto as Exhibit A.

4.    I placed the winning bid of $339.49 for "Adobe Photoshop CS3 * NEW * Full Version Factory Sealed" including shipping, and payment through PayPal was sent to eBay seller "fux39," identified by eBay and/or PayPal as "Brandon Roberts" with an email address of "fux39@mail.com."  True and correct redacted copies of the printouts confirming my successful bid and payment for "Adobe Photoshop CS3 * NEW * Full Version Factory Sealed" are attached hereto as Exhibit B.

5.    On or about December 4, 2008, I received a package pursuant to the "Adobe Photoshop CS3 * NEW * Full Version Factory Sealed" order.  The return address on the package was "Brandon Roberts, 633 Ramblewood Dr., Canyon Lake, TX 78133."  A true and correct copy of the packing label on the package is attached hereto as Exhibit C.

6.    The package contained one disc labeled "ADOBE PHOTOSHOP CS3" and another labeled "ADOBE CREATIVE SUITE 3".  The packaging of the discs reflected a number of Adobe trademarks as well.  True and correct copies of pictures of the discs and their packaging I received from "Brandon Roberts" are attached hereto as Exhibit D.  The discs and their packaging were then forwarded to Adobe Systems Incorporated.

7.    I am informed and believe "fux39" was also selling Adobe Photoshop CS2 products as evidenced by the copies of printouts of the completed auctions attached hereto as Exhibit E.

8.    I am informed and believe that customers of "fux39" complained that the Adobe software they received was counterfeit as evidenced by the eBay Feedback for "fux39", an excerpt of which is attached hereto as Exhibit F.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of June, 2008, at Los Angeles, California.

CHRISTOPHER D. JOHNSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF CHRIS STICKLE

I, Chris Stickle, declare as follows:

1.      I am employed by Adobe Systems incorporated ("Adobe") as its Enforcement Manager, Anti-Piracy.  I have been employed by Adobe since 2005 and have had various responsibilities with respect to Adobe's intellectual properties since that time including those relating to the protection of Adobe's extensive portfolio of copyrights and trademarks.  I submit this Declaration in support of Adobe's Motion for Entry of Default Judgment in the matter captioned <u>Adobe Systems Incorporated, et al. v. Roberts, et al.</u>  Except as otherwise stated herein or as the context may otherwise indicate, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify under oath as follows.

2.      Significant aspects of Adobe's business include the merchandising and licensing of computer software products.  Adobe's cutting edge products include without limitation, Adobe Photoshop CS3, Adobe Photoshop CS2 and Adobe Creative Suite 3 ("Adobe's Software").  Through the expenditure of significant effort and substantial amounts in advertising, Adobe has developed and promoted the use of Adobe's Software to deliver superior programs to its customers, trusted by millions of people worldwide.

3.      Adobe is the successor-in-interest to and exclusive owner in the United States of all copyrights, trademarks, trade dress and other proprietary in and to Adobe's Software including the following:

| Trademark | Registration Number | Date of Registration |
|---|---|---|
| A | 3032288 | 12/20/2005 |
| A | 2081343 | 07/22/1997 |
| A | 1998710 | 07/23/1996 |
| A ADOBE | 1901149 | 06/20/1995 |
| ADOBE | 3029061 | 12/13/2005 |
| ADOBE | 1988712 | 07/23/1996 |
| ADOBE | 1956216 | 02/13/1996 |
| ADOBE | 1475793 | 02/09/1988 |
| ADOBE | 1486895 | 05/03/1988 |

| ADOBE PHOTOSHOP | 1651380 | 07/23/1991 |
| CREATIVE SUITE | 3111341 | 07/04/2006 |
| PHOTOSHOP | 2920764 | 01/25/2005 |
| PHOTOSHOP | 1850242 | 08/16/1994 |

True and correct copies of printouts showing ownership of the trademark registrations listed above, are collectively attached hereto as Exhibit G. The appearance and other features of Adobe's Software are inherently distinctive and serve to identify Adobe as the source of products bearing Adobe's trademarks and using Adobe's copyrights.

    4.    In connection therewith, I examined the discs and their packaging for authenticity that I am informed and believe were purchased by EPE from "fux39". True and correct illustrations of the product and packaging I reviewed are attached hereto as Exhibit D to the Declaration of Christopher D. Johnson. This product was determined to be counterfeit.

    5.    The counterfeit merchandise recreates various of Adobe's intellectual properties. This merchandise directly competes with similar products distributed and offered for sale by Adobe and its authorized licensees. Unauthorized merchandise which depicts Adobe's intellectual properties could mislead the consuming public into believing that they are buying authorized Adobe product which has met Adobe's rigorous standards. Adobe's reputation and goodwill is irreparably harmed as a result of sales of Defendant's inferior product.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 3̶0̶ day of June, 2008, at San Francisco, California.

                                                    CHRIS STICKLE

1

**<u>DECLARATION OF ANNIE S. WANG</u>**

2

I, ANNIE S. WANG, declare as follows:

3      1.      I am an attorney at law, duly admitted to practice before the Courts of the State of

4    California and the United States District Court for the Northern District of California.  I am an

5    attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff"), in an action styled <u>Adobe Systems</u>

6    <u>Incorporated v. Roberts, et al.</u>  I make this Declaration in support of Plaintiff's request for Default

7    Judgment against Defendant Brandon Roberts ("Defendant").  Except as otherwise expressly

8    stated to the contrary, I have personal knowledge of the following facts and, if called as a witness,
I could and would competently testify as follows:

9      2.      I am informed and believe, that, on or about February 23, 2008, Defendant was

10    served with the Summons and Complaint.

11     3.      I am informed and believe Defendant contacted my office on or about February 22,

12    2008.  Thereafter the Parties discussed resolution of this matter for several months but no
settlement was ever finalized.

13     4.      To my knowledge, Defendant has not filed a responsive pleading, or otherwise

14    appeared in this action.

15     5.      I am informed and believe that on or about April 4, 2008, my office caused to be

16    filed the proof of service for Defendant.  On or about May 21, 2008, the Clerk entered Defendant's

17    default.

18     6.      I am informed and believe that Defendant is not an infant or incompetent person.

19     7.      I am informed and believe that Defendant is not currently serving in the military.

20     8.      I request, pursuant to Federal Rules of Evidence, Rule 201(b) that the Court take

21    judicial notice of copies of proof of the Adobe registrations mentioned in the Declaration of Chris

22    Stickle which have been attached hereto as Exhibit G.

23     9.      I am informed and believe (and as reflected on proofs of service attached to the
moving papers), that the Notice of Motion and supporting papers were served on the Defendant

24    where service of process was effected, on July 2, 2008.

25

26

27

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of July, 2008, in Glendale, California.

    /s/ Annie S. Wang
ANNIE S. WANG

**EXHIBIT A**

b V ®

Sign out

Site Map

| | All Categories | ✓ | Search | Advanced Search |

Categories ▼ | Motors , Express   Stores

Holiday Savings with
eBay MasterCard

◄ Back to My eBay     Listed in category: Computers & Networking > Software > Graphics, Photo & Publishing > Digital Image Editing > Adobe

## Adobe Photoshop CS3 * NEW * Full Version Factory Sealed

Item number: 160180187196

✓  **This item has been paid through PayPal. Payment was sent to: fux39@mail.com on Nov-18-07.**

Leave Feedback >

To let other eBay users know what your experience has been with this seller, click the Leave Feedback button

**Other actions for this item:**

You can manage all your items in My eBay and do the following:

View Order Details

· View PayPal payment for this item.

▭ Contact Seller about this item.

**Additional Options:**

To view other items from this seller, view seller's other items.

If this listing is similar to an item you want to sell, list an item like this.

· You may add this seller to your Favorite Sellers in My eBay.

| | | |
|---|---|---|
| ADOBE PHOTOSHOP CS3 | Winning bid: | **US $326.10** |
| | | Up to $25 back w. eBay MasterCard Details |
| | Ended: | **Nov-18-07 13:38:13 PST** |
| | Shipping costs: | **US $13.39** |
| | | US Postal Service Priority Mail® |
| | | Service to United States |
| | Ships to: | United States |
| | Item location: | Canyon Lake, Texas, United States |
| | History: | 4 bids |
| View larger picture | Winning bidder: | failo1955 ( private ) |
| | You can also: | Email to a friend |

### Meet the seller

Seller:       fux39 ( 100 ☆ )
Feedback: 100% Positive
Member:   since Sep-13-03 in United States

See detailed feedback

· Ask seller a question

Add to Favorite Sellers

View seller's other items

### Buy safely

1. **Check the seller's reputation**
   Score: 100 | 100% Positive
   See detailed feedback

2. **Check how you're protected**

   **PayPal** Up to $2,000 in buyer protection. See
   eligibility.

Listing and payment details:  Show

## Description

| Item Specifics - Item Condition | | |
|---|---|---|
| Condition: | | **New** |
| Brand : | Adobe | Platform : **Windows (PC)** |
| Digital Imaging & Editing Type : Digital Image Editing | | |

## Adobe Photoshop CS3 Full Retail Version for Windows (New In Box)

This is a <u>full version</u>, and not an upgrade, promo, or academic version.

Also, it includes an unregistered key (new) for you to use.

Adobe® Photoshop® CS3 software accelerates your path from imagination to imagery. Ideal for photographers, graphic designers, and web designers, the professional standard delivers new features such as automatic layer alignment and blending that enable advanced compositing. Live filters boost the comprehensive,

Exhibit A, Page 20

nondestructive editing toolset for increased flexibility.

## Includes:

- **Adobe PhotoShop CS3**
- **Adobe PhotoShop CS3 Video Workshop**
- **Adobe PhotoShop CS3 Manual**

## System Requirements

- Intel Pentium 4, Intel Centrino, Intel Xeon, or Intel Core Duo (or compatible) processor
- Microsoft Windows XP with Service Pack 2 or Windows Vista Home Premium, Business, Ultimate, or Enterprise (certified for 32-bit editions)
- 512MB of RAM
- 64MB of video RAM
- 1GB of available hard-disk space (additional free space required during installation)
- 1,024x768 monitor resolution with 16-bit video card
- DVD-ROM drive
- QuickTime 7 software required for multimedia features
- Internet or phone connection required for product activation
- Broadband Internet connection required for Adobe Stock Photos and other services

## .: Payment Details

We accept **paypal** ONLY, as it is the most secure and fastest way to send and receive money.

## : Return Policy

DUE TO SOFTWARE PIRACY, NO RETURNS WILL BE ACCEPTED IF THE SOFTWARE IS OPENED OR UNSEALED.  ALL RETURNS MUST BE SAME ORIGINAL SEALED CONDITION.  If there are any concerns please contact me.



What's your Credit Score? 720? 650? Find Out From Experian.

**Shipping and handling**

Ships to

**EXHIBIT B**



eBay sent this message to s    johnson
Your registered name is included to show this message originated from eBay. Learn more

# Congratulations, the item is yours. Please pay now!

Hi feilo1955.

Congratulations! You committed to buy the following item:

**Adoba Photoshop CS3 * NEW * Full Version Factory Sealed**

| | |
|---|---|
| Sale price: | $326.10 |
| Quantity: | 1 |
| Subtotal: | US $326.10 |
| Shipping & Handling: | US Postal Service    US $13.39 |
| | Priority Mail: |
| Insurance: | (not offered) |
| Sales tax: | (none) |

View item | Go to My eBay

**Get Your Item**

**Pay Now**

---

Details for item number: 160180187196

| | |
|---|---|
| Item URL: | http://cm.ebay.com/cm/clk/1065-29392-2357-0?uid=199057263&site=0&ver=EQIBSA080805&lk=URL&item=160180187196 |
| Sale Date: | Sunday, Nov 18, 2007, 13:36:13 PST |
| Seller: | fux39 (fux39@mail.com) (contact seller) |
| Payment details: | The item is shipped after payment has been received and cleared... Good luck bidding!!! |

**Seller Information**
Brandon Roberts
Trinidad. CO 81082 United States

**Your shipping address** (update)

; johnson

Woodland Hills. CA 91364 United States

## More from this seller



Adobe Photoshop CS3 * NEW * Full Version Factory Sealed
US $280.00



Adobe Photoshop CS3 * NEW * Full Version Factory Sealed
US $280.00



Adobe Photoshop CS3 * NEW * Full Version Factory Sealed
US $280.00



Adobe Photoshop CS3 * NEW * Full Version Factory Sealed
US $280.00

View seller's other items

---

☂ **Marketplace Safety Tip**

- Pay with PayPal ~ PayPal is the fast. easy and secure way to pay on eBay.

- Protect yourself from spoof (fake) emails and Web sites. Take the Spoof Tutorial to learn about eBay Toolbar with Account Guard which warns you when you are on a known spoof site.

For more safe buying tips. please visit the Security Center [http://pages.ebay.com/securitycenter/buying_safely.html]

---

Learn how you can protect yourself from spoof (fake) emails at:
http://pages.ebay.com/education/spooftutorial

This eBay notice was sent to feilo1955 from eBay. Your account is registered on www.ebay.com. As outlined in our User Agreement eBay. Will send you required notifications about the site and your transactions. If you would like to receive this email in text format, change your notification preferences.

See our Privacy. Policy and User Agreement if you have questions about eBay's communication policies
Privacy Policy: http://pages.ebay.com/help/policies/privacy-policy.html
User Agreement: http://pages.ebay.com/help/policies/user-agreement.html

Copyright © 2007 eBay. Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners eBay and the eBay logo are registered trademarks or trademarks of eBay. Inc.
eBay is located at 2145 Hamilton Avenue. San Jose. CA 95125

Log Out | Help | Security Center                                    Search

## PayPal

**My Account | Send Money | Request Money | Merchant Services | Auction Tools | Products & Services**

## Transaction Details

**eBay Payment Sent** (ID = 7VT699186P8175218)

**Total Amount:** -$339.49 USD
**Date:** Nov. 18, 2007
**Time:** 17:27:32 PST
**Status:** Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 160180187196 | Adobe Photoshop CS3 * NEW * Full Version Factory Sealed | 1 | $326.10 USD | $326.10 USD |

Shipping & Handling via USPS Priority Mail    $13.39 USD
(includes any seller handling fees):

Shipping Insurance :    --

**Total:** $339.49 USD

**Shipping Address:**    johnson
                        `- r l r`
                        Woodland Hills, CA 91364
                        United States
                        Confirmed ⊡

**Payment To:** Brandon Roberts    (The recipient of this payment is **Verified**)
**Seller's ID:** fux39
**Seller's Email:** fux39@mail.com

**Funding Type:** Instant Transfer
**Funding Source:** $339.49 USD - /    (Confirmed) xxxxxx

**Back Up Funding Source:** |    | XXXX-XXXX-XXXX-

| Original Transaction | | | | |
|------|------|--------|---------|--------|
| **Date** | **Type** | **Status** | **Details** | **Amount** |
| Nov. 18, 2007 | Payment To Brandon Roberts | Completed | ... | -$339.49 USD |

| Related Transaction | | | | |
|------|------|--------|---------|--------|
| **Date** | **Type** | **Status** | **Details** | **Amount** |
| Nov. 18, 2007 | Add Funds from a Bank Account | Completed | Details | $339.49 USD |

Need help? If you have problems with a transaction or would like assistance setting a dispute with your seller, visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the merchant or seller whenever possible.

**Description:** Adobe Photoshop CS3 * NEW * Full Version Factory Sealed

Return to Log

**EXHIBIT C**

275



UNITED STATES
POSTAL SERVICE.

a preferred
shipping service on **ebaY**

**P**

US POSTAGE PAID
Pitney Bowes

11/26/07
From 78133
0 lbs 11 ozs
Zone 6

NO SURCHARGE

024P0007617921

## USPS PRIORITY MAIL®

Brandon Roberts
633 Ramblewood Dr.
Canyon Lake TX 78133

07-S-1039 "fux39"
(Brandon Roberts)

CDJ

SHIP
TO:         johnson

Woodland Hills CA 91364-1416

eBay "fux39" #160180187196  12/4

ZIP - e/ USPS DELIVERY CONFIRMATION

420 91364 9101 1288 8230 0077 0670 35

Electronic Rate Approved #128882300

# EXHIBIT D

ADOBE® PHOTOSHOP® CS3

WINDOWS®

07-S-1039 "fux39"
(Brandon Roberts)

Adobe

DVD

90075279. 2/07



ADOBE® CREATIVE SUITE® 3

Video Workshop

Featuring video tutorials from Adobe and lynda.com

MACINTOSH | WINDOWS®

Adobe

lynda.com

This DVD contains over ten hours of
professional training for the following:

- Adobe Creative Suite 3 Design Premium
- Adobe Creative Suite 3 Web Premium
- Adobe Acrobat® 8 Professional
- Adobe Contribute® CS3
- Adobe Dreamweaver® CS3
- Adobe Fireworks CS3
- Adobe Flash® CS3 Professional
- Adobe Illustrator® CS3
- Adobe InDesign® CS3
- Adobe Photoshop® CS3
- Adobe Photoshop CS3 Extended
- Adobe Bridge CS3
- Adobe Device Central CS3
- Adobe Stock photos
- Adobe Version Cue® CS3

DVD

90075801. 1/07



fox 39



# ADOBE PHOTOSHOP CS3
## CREATE POWERFUL IMAGES WITH
## THE PROFESSIONAL STANDARD

**WINDOWS***

Bonus Adobe Video Workshop
training included

07-S-1039 "fux39"
(Brandon Roberts)

12/4/07

# ADOBE® PHOTOSHOP® CS3

Adobe Photoshop CS3 software accelerates your path from imagination to imagery. Ideal for photographers, graphic designers, and web designers, the professional standard delivers new features such as automatic layer alignment and blending that enable advanced compositing. Live filters boost the comprehensive, nondestructive editing toolset for increased flexibility. And a streamlined interface and new timesaving tools make your work flow faster.

Also available
**ADOBE® PHOTOSHOP® CS3 EXTENDED**
Includes everything in Photoshop CS3 plus new features for film, video, and multimedia professionals and graphic and web designers using 3D and motion, as well as professionals in engineering and science.

**Work more productively**
Get more done in less time with a streamlined interface and improvements to raw-image processing and asset management workflows.

**Edit with unrivaled power**
Correct and enhance with a comprehensive toolset that now delivers nondestructive filters and more powerful color-correction, cloning, and healing capabilities.

**Composite with breakthrough tools**
Easily create rich, multi-image composites using new tools for automatically aligning and blending layers and making selections more quickly.



### SYSTEM REQUIREMENTS

- Intel Pentium® 4, Intel Centrino® Intel Xeon® or Intel Core™ Duo (or compatible) processor
- Microsoft® Windows® XP with Service Pack 2 or Windows Vista™ Home Premium, Business, Ultimate, or Enterprise (certified for 32-bit editions)
- 512MB of RAM
- 64MB of video RAM

- 1GB of available hard-disk space (additional free space required during installation)
- DVD-ROM drive
- QuickTime 7 software required for multimedia features
- Internet or phone connection required for product activation

- Broadband internet connection required for Adobe Stock Photos® and other services

* Certain services, including, but not limited to, Adobe Stock Photos and Adobe® Connect™ may not be available in all countries, languages, and/or currencies. Availability of services is subject to change. Use of online services is governed by terms and conditions of a separate agreement and may be subject to additional fees. Visit www.adobe.com

  Powered By **xmp**

**Adobe Systems Incorporated**
345 Park Avenue  San Jose, CA 95110-2704 USA www.adobe.com

Adobe, the Adobe logo, Adobe Acrobat Connect, the DNG logo, Photoshop, XMP, and the Powered by XMP logo are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Intel, Intel Centrino, Intel Core, Intel Xeon, and Pentium are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries. Microsoft, Windows, and Windows Vista are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. All other trademarks are the property of their respective owners. Adobe Photoshop software includes MPEG Layer-3 audio compression technology licensed by Fraunhofer IIS and Thomson Multimedia. Protected by U.S. Patents. Patents pending in the U.S. and/or other countries.

© 2007 Adobe Systems Incorporated. All rights reserved. Printed in USA. 90076273  2/07

WINDOWS®

# ADOBE® PHOTOSHOP® CS3

Adobe

Exhibit D, Page 29



NOTICE TO USERS
This product is offered subject
to your acceptance of the license
agreement included with the
media and to limited warranty
terms. See www.adobe.com/
product/eulas for details. You
must activate this product by
telephone or via the Internet.
See www.adobe.com/activation
for details.



# EXHIBIT E



Adobe Photoshop CS2 * NEW * Full Version Factory Sealed

**Contents**:

* Adobe Phototshop CS2 software

* Adobe ImageReady software

* Adobe Reader software

* Adobe Bridge software

* Royalty-free stock photographs

* Sample Actions

* Sample art files

* User Guide

## System Requirements:

* Intel Xenon, Intel Dual, Intel Centrino, or Pentium III or 4 processor

* Microsoft Windows 200 with Service pack 4, or Windows XP with Service Pack 1 or 2

* 320MB of RAM (384MB recomended)

* 650MB of available hard-disk space

* 1,024 x 768 monitor resolution with 16-bit video card

* CD-ROM drive

* Internet or phone connection required for product activation

***THIS IS THE FULL RETAIL VERSION... FACTORY SEALED... FULLY REGISTERABLE... AND MADE FOR WINDOWS ONLY!!!

Select a picture






What's your Credit Score? 720? 650? Find Out From Experian.

**Shipping and handling**

Ships to



Buy Sell My eBay Community Help

Sign out

Site Map

All Categories Search Advanced Search

Categories ▾ | Motors | Express Stores

Holiday Savings with eBay MasterCard

Back to My eBay Listed in category: Computers & Networking > Software > Graphics, Photo & Publishing > Digital Image Editing > Adobe

**Adobe Photoshop CS2 * NEW * Full Version Factory Sealed** Item number: 160148244945

**Bidding has ended for this item**

Sell an item like this or buy a similar item below.

1 of 3

View larger picture

Winning bid: **US $250.00**

eBay MasterCard - get up to $25 back Details

Ended: **Aug-22-07 12:30:00 PDT**

Shipping costs: **US $13.39**
US Postal Service Priority Mail®
Service to United States
(more services)

Ships to: Worldwide

Item location: Canyon Lake, Texas, United States

History: 2 bids

Winning bidder: ghost230488 ( 45 ☆ )

You can also: Email to a friend

**Meet the seller**

Seller: fux39 ( 100 ☆ )

Feedback: **100% Positive**

Member: since Sep-13-03 in United States

See detailed feedback

Ask seller a question

Add to Favorite Sellers

View seller's other items

**Buy safely**

1. **Check the seller's reputation**
Score: 100 | 100% Positive
See detailed feedback

2. **Check how you're protected**
PayPal Up to $2,000 in buyer protection. See eligibility.

**Listing and payment details:** Show

**Description** (revised)

*Item Specifics - Item Condition*
Condition: **New**

This auction is for a brand new never been opened Adobe Photoshop CS2 software... It still has the factory seal and is fully registerable... Windows version only... System requirements are in the pictures as well as written below... If there are any questions feel free to contact me... Good luck bidding!!!

*************

PartNumber: 23106306
Made in Singapore

## Contents:

* Adobe Phototshop CS2 software

* Adobe ImageReady software

* Adobe Reader software

* Adobe Bridge software

* Royalty-free stock photographs
* Sample Actions
* Sample art files
* User Guide

## System Requirements:

* Intel Xenon, Intel Dual, Intel Centrino, or Pentium III or 4 processor

* Microsoft Windows 200 with Service pack 4, or Windows XP with Service Pack 1 or 2

* 320MB of RAM (384MB recomended)

* 650MB of available hard-disk space

* 1,024 x 768 monitor resolution with 16-bit video card

* CD-ROM drive

* Internet or phone connection required for product activation

***THIS IS THE FULL RETAIL VERSION... FACTORY SEALED... FULLY REGISTERABLE... AND MADE FOR WINDOWS ONLY!!!

Select a picture







What's your Credit Score? 720? 550? Find Out From Experian.

**Shipping and handling**

Ships to
Worldwide

# EXHIBIT F

eBay®

Welcome! Sign in or register.

Buy | Sell | My eBay | Community | Help

Site Map

| | All Categories | Search | Advanced Search |

Categories ▾   Motors   Express   Stores

eBay Security & Resolution Center

Home > Community > Feedback Forum > Feedback Profile

# Feedback Profile

See what's new

## Member Details

**fux39** ( 120 ⭐ )  **Not a registered user**

Member since Sep-13-03 in United States

Lifetime Summary:  Positives: 123   Negatives: 3  |  Positive Feedback: 97.6%

### Recent Feedback Ratings (last 12 months)

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 1 | 34 | 74 |
| ⚪ Neutral | 0 | 1 | 1 |
| ➖ Negative | 0 | 3 | 3 |

### Detailed Seller Ratings (since May 2007)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ⭐⭐⭐⭐½ | 65 |
| Communication | ⭐⭐⭐⭐½ | 64 |
| Shipping time | ⭐⭐⭐⭐½ | 65 |
| Shipping and handling charges | ⭐⭐⭐⭐½ | 64 |

### Member Quick Links

Contact member
View items for sale
View more options ▾

---

Feedback as a seller | Feedback as a buyer | All Feedback | Feedback left for others

123 Feedback received

Ratings mutually withdrawn: 0

| | Feedback | From Buyer / Price | Date / Time |
|---|---|---|---|
| ➕ | As described...we love it. | pippifostoria ( 134 ⭐ ) | Mar-05-08 17:45 |
| | Adobe Photoshop CS3 * NEW * Full Version Factory Sealed (#160191953280) | US $360.00 | View Item |
| ➖ | Buyers beware! Fake serial number claimed brand new. only worked for two months. | mindyyoungphotography ( 1 ) | Feb-20-08 19:06 |
| | Adobe Photoshop CS3 * NEW * Full Version Factory Sealed (#160191953812) | US $280.00 | View Item |
| ➕ | Quick shipping, thanks! | mkoschmede ( 158 ⭐ ) | Feb-12-08 15:10 |
| | Photoshop CS3 * NEW * Full Version Factory Sealed (#160204550104) | US $280.00 | View Item |
| ➕ | A little slow on delivery and little high on shipping.,other wise great! | gary1corey2 ( 3 ) | Feb-09-08 15:09 |
| | Photoshop CS3 * NEW * Full Version Factory Sealed (#160203927254) | US $280.00 | View Item |
| ➕ | CS3 installed, but it was not factory sealed, didn't respond when I told him so | blueline304 ( 152 ⭐ ) | Feb-07-08 15:07 |
| | Photoshop CS3 * NEW * Full Version Factory Sealed (#160201305513) | US $308.00 | View Item |
| ➖ | FAKE Adobe Software - Scratched and fingerprinted CD ROMS unreadable | www_casshew_com ( 293 ⭐ ) | Feb-07-08 10:17 |
| | Photoshop CS3 * NEW * Full Version Factory Sealed (#160200289266) | US $330.00 | View Item |
| ➕ | Product arrived as described. Very satisfied. | fidyareus ( 52 ⭐ ) | Feb-05-08 11:33 |
| | Photoshop CS3 * NEW * Full Version Factory Sealed (#160200611812) | US $305.00 | View Item |
| ➖ | serial number was a fake. Could not register with adobe. Do not buy soft ware | pawpawron ( 24 ⭐ ) | Feb-05-08 10:29 |
| | Adobe Photoshop CS3 * NEW * Full Version Factory Sealed (#160187059868) | US $340.00 | View Item |
| ➕ | as described, well pleased, 5 stars!!! | fair04 ( 454 ⭐ ) | Feb-03-08 12:33 |
| | Adobe Photoshop CS3 * NEW * Full Version Factory Sealed (#160190329313) | US $330.00 | View Item |

Exhibit F, Page 36

**EXHIBIT G**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | A |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational and training services, namely classroom training, online training, web-based training, and video training in the fields of computer software, desktop publishing, digital publishing, electronic publishing, graphic design, business document and forms creation, and automation of business document and forms processing and workflow; Educational services, namely, arranging professional workshops and training courses, conducting classes, seminars, conferences, and workshops in the fields of computer software, desktop publishing, digital publishing, electronic publishing, graphic design, business document and forms creation, and automation of business document and forms processing and workflow. FIRST USE: 19950000. FIRST USE IN COMMERCE: 19950000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 78542134 |
| **Filing Date** | January 4, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 27, 2005 |
| **Registration Number** | 3032288 |
| **Registration Date** | December 20, 2005 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION DELAWARE Legal Department 345 Park Avenue San Jose CALIFORNIA 95110 |
| **Attorney of Record** | Daniel C. Poliak |
| **Prior Registrations** | 1901149;1988710;2081343 |

Exhibit G, Page 37

6/9/2008

| | |
|---|---|
| **Description of Mark** | The mark consists of a stylized letter A. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | A |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer programs for use in creating, viewing, manipulating, distributing, printing, storing, transferring and retrieving computer-aided graphics, text documents, fonts, multimedia applications, digital movies, video images, audio recordings, animation and still images; computer hardware, namely, computer peripherals, printers, integrated circuits and facsimile machines, and manuals and instructional books sold as a unit therewith. FIRST USE: 19930315. FIRST USE IN COMMERCE: 19930315 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 75128593 |
| **Filing Date** | July 1, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 29, 1997 |
| **Registration Number** | 2081343 |
| **Registration Date** | July 22, 1997 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA 345 Park Avenue San Jose CALIFORNIA 95110 |
| | (LAST LISTED OWNER) Adobe Systems Incorporated CORPORATION DELAWARE 345 Park Avenue San Jose CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

Exhibit G, Page 39   6/9/2008

| | |
|---|---|
| **Attorney of Record** | Daniel C. Poliak |
| **Prior Registrations** | 1475793;1486895;1901149;1956216;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070713. |
| **Renewal** | 1ST RENEWAL 20070713 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | A |
| **Goods and Services** | IC 042. US 100 101. G & S: computer software technical support services; computer software development and design for others; consulting services in the field of computer software; consulting services in the field of computer software development and design; providing on-line support services for computer software users; providing access to computer bulletin boards for the transfer and dissemination of a wide range of information. FIRST USE: 19930601. FIRST USE IN COMMERCE: 19930601 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74731002 |
| **Filing Date** | September 19, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 30, 1996 |
| **Registration Number** | 1988710 |
| **Registration Date** | July 23, 1996 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA 1585 Charleston Road P.O. Box 7900 Mountain View CALIFORNIA 94039 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION BY MERGER DELAWARE 345 PARK AVENUE SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lynne E. Graybeal |

Exhibit G, Page 41

6/9/2008

| | |
|---|---|
| **Prior Registrations** | 1901149 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060917. |
| **Renewal** | 1ST RENEWAL 20060917 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

![Adobe logo] **Adobe**

| | |
|---|---|
| **Word Mark** | A ADOBE |
| **Goods and Services** | IC 009. US 021 026 038. G & S: computer programs for use in creating, viewing, manipulating, distributing, printing, storing, transferring and retrieving computer-aided graphics, text documents, fonts, multi-media applications, digital movies, video images, audio recordings, animation and still images; computer hardware; namely, computer peripherals, integrated circuits and facsimile machines. FIRST USE: 19930601. FIRST USE IN COMMERCE: 19930601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.01 - Squares as carriers or squares as single or multiple line borders |
| **Serial Number** | 74367971 |
| **Filing Date** | March 15, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 19, 1993 |
| **Registration Number** | **1901149** |
| **Registration Date** | June 20, 1995 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA 1585 Charleston Road P.O. Box 7900 Mountain View CALIFORNIA 940397900 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION BY MERGER DELAWARE LEGAL DEPARTMENT 345 PARK AVENUE SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | DANIEL C. POLIAK |
| **Prior Registrations** | 1475793;1486895;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050506. |
| **Renewal** | 1ST RENEWAL 20050506 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# ADOBE

| | |
|---|---|
| **Word Mark** | ADOBE |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational and training services, namely classroom training, online training, web-based training, and video training in the fields of computer software, desktop publishing, digital publishing, electronic publishing, graphic design, business document and forms creation, and automation of business document and forms processing and workflow; Educational services,namely, arranging professional workshops and training courses, conducting classes, seminars, conferences, and workshops in the fields of computer software, desktop publishing, digital publishing, electronic publishing, graphic design, business document and forms creation, and automation of business document and forms processing and workflow. FIRST USE: 19950000. FIRST USE IN COMMERCE: 19950000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78538003 |
| **Filing Date** | December 23, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3029061 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION DELAWARE 345 Park Avenue San Jose CALIFORNIA 95110 |
| **Attorney of Record** | Daniel C. Poliak |

| | |
|---|---|
| **Prior Registrations** | 1475793;1479408;1482233;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet*
*Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ADOBE |
| **Goods and Services** | IC 042. US 100 101. G & S: computer software technical support services; computer software development and design for others; consulting services in the field of computer software; consulting services in the field of computer software development and design; providing on-line support services for computer software users; providing access to computer bulletin boards for the transfer and dissemination of a wide range of information. FIRST USE: 19860131. FIRST USE IN COMMERCE: 19860131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74731016 |
| **Filing Date** | September 19, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 30, 1996 |
| **Registration Number** | 1988712 |
| **Registration Date** | July 23, 1996 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA 1585 Charleston Road P.O. Box 7900 Mountain View CALIFORNIA 94039 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION BY MERGER DELAWARE 345 PARK AVENUE SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DANIEL C. POLIAK |
| **Prior Registrations** | 1475793;1487549;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060917. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20060917 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit G, Page 48 6/9/2008



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ADOBE |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: books and magazines relating to graphic design; books, magazines and manuals relating to the use of computers and computer software; and books and magazines for the computer hardware and software industries. FIRST USE: 19860131. FIRST USE IN COMMERCE: 19860131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74644579 |
| **Filing Date** | March 10, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 21, 1995 |
| **Registration Number** | 1956216 |
| **Registration Date** | February 13, 1996 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA 345 PARK AVENUE SAN JOSE CALIFORNIA 95110 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION DELAWARE 345 PARK AVENUE SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1475793;1479408;1482233;1486895;1487549;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050531. |
| **Renewal** | 1ST RENEWAL 20050531 |
| **Live/Dead Indicator** | LIVE |

Exhibit G, Page 49

6/9/2008

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ADOBE |
| **Goods and Services** | IC 009. US 038. G & S: COMPUTER PROGRAMS. FIRST USE: 19860131. FIRST USE IN COMMERCE: 19860131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73668884 |
| **Filing Date** | June 23, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 17, 1987 |
| **Registration Number** | 1475793 |
| **Registration Date** | February 9, 1988 |
| **Owner** | (REGISTRANT) ADOBE SYSTEMS INCORPORATED CORPORATION CALIFORNIA 345 Park Avenue Legal Department San Jose CALIFORNIA 95110 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION DELAWARE 345 PARK AVENUE LEGAL DEPARTMENT SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Daniel C. Poliak |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080131. |
| **Renewal** | 1ST RENEWAL 20080131 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | ADOBE |
| **Goods and Services** | IC 016. US 038. G & S: MANUALS FOR COMPUTER SOFTWARE. FIRST USE: 19860131. FIRST USE IN COMMERCE: 19860131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73668891 |
| **Filing Date** | June 23, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 9, 1988 |
| **Registration Number** | 1486895 |
| **Registration Date** | May 3, 1988 |
| **Owner** | (REGISTRANT) ADOBE SYSTEMS INCORPORATED CORPORATION CALIFORNIA 345 Park Avenue Legal Department San Jose CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Daniel C. Poliak |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080412. |
| **Renewal** | 1ST RENEWAL 20080412 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit G, Page 53

6/9/2008



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ADOBE PHOTOSHOP |
| **Goods and Services** | IC 009. US 038. G & S: computer programs for creating and manipulating graphic images on a computer. FIRST USE: 19900202. FIRST USE IN COMMERCE: 19900202 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74038526 |
| **Filing Date** | March 12, 1990 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 30, 1991 |
| **Registration Number** | 1651380 |
| **Registration Date** | July 23, 1991 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA P.O. Box 7900 1585 Charleston Road Mountain View CALIFORNIA 940397900 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION BY MERGER DELAWARE 345 PARK AVENUE SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LYNNE GRAYBEAL |
| **Prior Registrations** | 1482233;1486895;1487549;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20011006. |
| **Renewal** | 1ST RENEWAL 20011006 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Exhibit G, Page 54  6/9/2008

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CREATIVE SUITE

| | |
|---|---|
| **Word Mark** | CREATIVE SUITE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software, namely, computer programs for use in desktop publishing, electronic publishing, digital publishing, web publishing, graphic design, illustration, animation, imaging, typesetting or printing; computer programs for page layout and design; computer programs for creating, editing, manipulating, viewing, managing, indexing, cataloguing, sorting, organizing, storing, transferring, synchronizing, printing or exchanging digital photographs, digital or graphic images, data, text, audio, video, multimedia or interactive documents or recorded information; computer programs for artistic and technical drawing or illustration; computer programs for the creation, conversion, storage, annotation, manipulation, transfer, sharing or retrieval of electronic documents or forms; business software; computer programs for web authoring; computer software used for the development, content creation, maintenance, administration or management of web sites; computer software for project management, asset management, file management, collaborative workflow, file sharing or file transfer via computer networks, wireless networks or global communication networks in the fields of graphic design or publishing; computer software to search, preview and track changes in electronic documents or files; computer software for electronic data management and tracking, file browsing, electronic data sharing, digital rights management or collaborative workflow automation; computer programs for accessing or converting photographic, digital or graphic images, data or text documents, audio, video or multimedia works, or recorded information to various file formats; computer software for creating, processing, exchanging or managing metadata, or machine-readable labels about information or content, in electronic files, databases and digital assets. computer software for accessing via a global computer network, searching, downloading, transferring or storing digital photographs, digital or graphic images, data, text, audio, video, multimedia or interactive documents or works, text documents or recorded information to computer media; printed instructional books and user manuals sold as a unit therewith; electronic publications, namely, user manuals and instructional books featuring information in the fields of computer software, desktop publishing, digital publishing, electronic publishing, printing, graphic design, digital imaging, digital photography and video, recorded on computer media. FIRST USE: 20031027. FIRST USE IN COMMERCE: 20031027 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| **Serial Number** | 78527929 |
| **Filing Date** | December 6, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 11, 2006 |
| **Registration Number** | 3111341 |
| **Registration Date** | July 4, 2006 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION DELAWARE 345 Park Avenue San Jose CALIFORNIA 95110 |
| **Attorney of Record** | Daniel C. Poliak |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE SUITE APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit G, Page 57    6/9/2008



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Photoshop

| | |
|---|---|
| **Word Mark** | PHOTOSHOP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer software for creating, viewing, manipulating, editing, managing, indexing, cataloguing, sorting, organizing, storing, transferring, synchronizing, printing, and exchanging digital photographs, digital and graphic images, data, text, audio, video, multimedia and interactive documents and works, text documents, and recorded information; computer software for transferring digital photographs, digital and graphic images, data, text, audio, video, multimedia and interactive documents and works, text documents, and recorded information to CD-ROM discs and digital video discs; computer software for transferring digital photographs, digital and graphic images, data, text, audio, video, multimedia and interactive documents and works, text documents, and recorded information for use over computer networks, wireless networks and global communication networks; computer programs and computer tutorial software for creating greeting cards, calendars, books, documents, automated PDF slide shows, and web photo galleries and albums; file management software for opening and converting photographic, digital, and graphic images, data, text, documents, audio, video, multimedia works, and recorded information to various file formats; and users' manuals and instructional books sold as a unit therewith. FIRST USE: 19900202. FIRST USE IN COMMERCE: 19900202 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78339712 |
| **Filing Date** | December 11, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 2, 2004 |
| **Registration Number** | 2920764 |

Exhibit G, Page 58

| | |
|---|---|
| **Registration Date** | January 25, 2005 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION DELAWARE 345 Park Avenue San Jose CALIFORNIA 95110 |
| **Attorney of Record** | Daniel C. Poliak |
| **Prior Registrations** | 1651380;1850242 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 7 04:15:23 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | PHOTOSHOP |
| **Goods and Services** | IC 009. US 038. G & S: computer programs for creating and manipulating graphic images on a computer and manuals for use therewith, sold as a unit. FIRST USE: 19900202. FIRST USE IN COMMERCE: 19900202 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74322950 |
| **Filing Date** | October 16, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 25, 1993 |
| **Registration Number** | 1850242 |
| **Registration Date** | August 16, 1994 |
| **Owner** | (REGISTRANT) Adobe Systems Incorporated CORPORATION CALIFORNIA 1585 Charleston Road P.O. Box 7900 Mountain View CALIFORNIA 940397900 |
| | (LAST LISTED OWNER) ADOBE SYSTEMS INCORPORATED CORPORATION BY MERGER DELAWARE 345 PARK AVE SAN JOSE CALIFORNIA 95110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DANIEL C. POLIAK |
| **Prior Registrations** | 1641245;1642058;1642647;1651380;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040113. |
| **Renewal** | 1ST RENEWAL 20040113 |
| **Live/Dead Indicator** | LIVE |

Exhibit G, Page 60    6/9/2008

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME [ SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 2, 2008, I served on the interested parties in this action with the following:

NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
[PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
[PROPOSED] ORDER

for the following civil action:

Adobe Systems Incorporated v. Brandon Roberts, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter.  I am readily familiar with the office's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business.  I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts 633 Ramblewood Dr. Canyon Lake, Texas 78133 | |
|---|---|

Place of Mailing: Glendale, California
Executed on July 2, 2008, at Glendale, California

Katrina Bartolome

1    J. Andrew Coombs (SBN 123881)
     *andy@coombspc.com*
2    Annie S. Wang (SBN 243027)
     *annie@coombspc.com*
3    J. Andrew Coombs, A P.C.
     517 East Wilson Avenue, Suite 202
4    Glendale, California  91206
     Telephone:  (818) 500-3200
5    Facsimile:  (818) 500-3201

6    Attorneys for Plaintiff
     Adobe Systems Incorporated
7

8

9
                    UNITED STATES DISTRICT COURT
10
           NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
11
                                    )
12   Adobe Systems Incorporated,    )   Case No. CV 08-934 SI
                                    )
13                      Plaintiff,  )   [PROPOSED] ORDER
                                    )
          v.                        )
14                                  )   Court:  Hon. Susan Illston
     Brandon Roberts, et al.,       )   Date:    October 3, 2008
15                                  )   Time:   9:00 a.m.
                                    )
16                      Defendants. )
     _____ )
17

18          WHEREAS Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") filed its Notice

19   and Motion For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including

20   a permanent injunction against Defendant Brandon Roberts ("Defendant");

21          WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on July 2,

22   2008;

23          WHEREAS Defendant did not oppose Plaintiff's Motion; and

24          The Court, having read and considered the pleadings, declarations and exhibits on file in this

25

26

27

28

1

2

matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby

grants Plaintiff's Motion and orders entry of the Judgment Pursuant to Entry of Default.

3

4    IT IS SO ORDERED:

5

6    DATED:                                    _____
                                                Hon. Susan Illston
7                                               Judge, United States District Court for the
                                                Northern District of California

8    PRESENTED BY:

9
     J. Andrew Coombs,
10   A Professional Corporation

11   By: ___/s/ Annie S. Wang_____
             J. Andrew Coombs
12           Annie S. Wang
     Attorneys for Plaintiff Adobe Systems
13   Incorporated

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 2, 2008, I served on the interested parties in this action with the following:

NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
[PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
[PROPOSED] ORDER

for the following civil action:

Adobe Systems Incorporated v. Brandon Roberts, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts 633 Ramblewood Dr. Canyon Lake, Texas 78133 | |
| --- | --- |

Place of Mailing: Glendale, California
Executed on July 2, 2008, at Glendale, California

_____
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, | ) Case No. CV 08-934 SI |
| Plaintiff, | ) [PROPOSED] JUDGMENT PURSUANT |
| v. | ) TO ENTRY OF DEFAULT |
| Brandon Roberts, et al., | ) Court: Hon. Susan Illston |
| Defendants. | ) Date: October 3, 2008 |
| | ) Time: 9:00 a.m. |

This cause having come before this Court on the motion of Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") for entry of default judgment and permanent injunction against Defendant Brandon Roberts ("Defendant");

AND, the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

AND, GOOD CAUSE APPEARING THEREFORE, the Court finds the following facts:

Plaintiff is the owner of all rights in and to certain copyright registrations including but not limited to, the copyrights which are the subject of the registrations listed in Exhibit A ("Plaintiff's Copyrights");

Plaintiff has complied in all respects with the laws governing copyrights and secured the exclusive rights and privileges in and to Plaintiff's Copyrights;

The appearance and other qualities of Plaintiff's Copyrights are distinctive and original;

Plaintiff is the owner of all rights in and to certain trademark registrations listed in Exhibit B, including, but not limited to, the trademarks which are listed below (collectively "Plaintiff's Trademarks"):

| Trademark | Registration Number | Date of Registration |
|---|---|---|
| A | 3032288 | 12/20/2005 |
| A | 2081343 | 07/22/1997 |
| A | 1998710 | 07/23/1996 |
| A ADOBE | 1901149 | 06/20/1995 |
| ADOBE | 3029061 | 12/13/2005 |
| ADOBE | 1988712 | 07/23/1996 |
| ADOBE | 1956216 | 02/13/1996 |
| ADOBE | 1475793 | 02/09/1988 |
| ADOBE | 1486895 | 05/03/1988 |
| ADOBE PHOTOSHOP | 1651380 | 07/23/1991 |
| CREATIVE SUITE | 3111341 | 07/04/2006 |
| PHOTOSHOP | 2920764 | 01/25/2005 |
| PHOTOSHOP | 1850242 | 08/16/1994 |

Plaintiff has complied in all respects with the laws governing trademarks and secured the exclusive rights and privileges in and to Plaintiff's Trademarks;

Defendant engages in the unauthorized business of importing, distributing, promoting, selling and/or offering for sale unauthorized counterfeit merchandise featuring Plaintiff's Copyrights and Trademarks ("Counterfeit Product").

Defendant's importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of the Counterfeit Product was engaged in willfully and intentionally, without leave or license from Plaintiff, in violation of Plaintiff's rights in and to Plaintiff's Copyrights and Trademarks.  The devices, emblems, and artwork on the Counterfeit

Product are not just "confusingly similar" to Plaintiff's Copyrights and Trademarks, they are almost identical.

Plaintiff has instituted this action for an entirely proper and appropriate purpose, solely to vindicate and enforce compliance with its rights which have been knowingly and willfully infringed by Defendant and to recover for infringement of such rights. Plaintiff's action was not brought frivolously. In contrast, Defendant's infringing conduct, is a clear and unmistakable violation of Plaintiff's rights. Defendant's conduct has been patently unreasonable and egregious, violating Plaintiff's rights by appropriating and featuring Plaintiff's Copyrights and Trademarks on counterfeit product, when Defendant intended, or knew or should have known, that such infringing activity would likely injure Plaintiff's name and reputation, requiring Plaintiff to institute and prosecute this action, and incur fees and costs in so doing, in order to attempt to obtain Defendant's recognition and compliance with Plaintiff's rights.

The liability of the Defendant in the above-referenced action for his acts in violation of Plaintiff's rights is knowing and willful, and as such the Court expressly finds that there is no just reason for delay in entering the default judgment and permanent injunction sought herein.

Therefore, based upon the foregoing facts, and

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Judgment shall be and is hereby entered in the within action as follows:

1)    This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1051 *et seq.*, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made on the Defendant.

2)    Defendant has distributed, sold, and offered for sale counterfeit merchandise which infringes upon Plaintiff's Copyrights and Trademarks.

3)    The Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

a)      Infringing Plaintiff's Copyrights and Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of Plaintiff's Copyrights and Trademarks, and, specifically:

i)      Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Counterfeit Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of  or bear a substantial similarity to any of Plaintiff's Copyrights and Trademarks;

b)      Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Copyrights and Trademarks;

c)      Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or the Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

d)      Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

4)    Defendant is ordered to deliver for destruction all Counterfeit Product, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Copyrights and Trademarks and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's Copyrights and Trademarks or any simulation, reproduction,

counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

5)      Defendant is ordered to pay damages to Plaintiff pursuant to 15 U.S.C. § 1117 in the sum of Two Hundred Fifty Thousand Dollars ($250,000.00).

6)      Defendant is ordered to pay interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. §1961(a).

7)      This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)      The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Judgment against Defendant.

9)      The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.


DATED: _____                 _____
                                                Hon. Sustan Illston
                                                Judge, United States District Court for the
                                                Northern District of California

PRESENTED BY:
J. Andrew Coombs,
A Professional Corporation

By: __/s/ Annie S. Wang_____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems
Incorporated

EXHIBIT A
Copyright Registrations

| Title of Work | Copyright Registration No. |
|---|---|
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |

| | |
|---|---|
| Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |
| Adobe Acrobat Fill in 4.0. | TX0004241942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Messenger 1.0. | TX0005241268 |
| Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| Adobe ActiveShare 1.0. | TX0005086423 |
| Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| Adobe After Effects 5.5 Plug-in Power Pack for MacIntosh. | TX0005546626 |
| Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |

| | |
|---|---|
| Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| Adobe Audition 1.0 for Windows. | TX0005777207 |
| Adobe Audition 1.5 for Windows. | TX0005932189 |
| Adobe Audition 2.0 for Windows. | TX0006277359 |
| Adobe Audition 3.0 for Windows. | TX0006816095 |
| Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| Adobe Captivate 2 for Windows. | TX0006390833 |
| Adobe Carlson Regular. | TX0003374876 |
| Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| Adobe Caslon Alternate Bold. | TX0003501547 |
| Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| Adobe Creative Suite for Macintosh. | TX0005844481 |
| Adobe Creative Suite for Windows. | TX0005844480 |
| Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |
| Adobe Exchange 2.0 for Windows. | TX0003961129 |
| Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| Adobe Fireworks CS3 for Windows and Macintosh. | TX0006531654 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Solaris. | TX0006457897 |
| Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| Adobe Illustrator 10 for Windows. | TX0005446857 |
| Adobe Illustrator 3.0. | TX0003000202 |
| Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| Adobe Illustrator CS for Macintosh. | TX0005780817 |
| Adobe Illustrator CS for Windows. | TX0005780806 |
| Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |

| | |
|---|---|
| Adobe Illustrator. | TX0003380406 |
| Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| Adobe Photoshop : 5.5. | TX0005213806 |
| Adobe Photoshop 6.0. | TX0005196369 |
| Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| Adobe Photoshop CS for Macintosh. | TX0005780846 |
| Adobe Photoshop CS for Windows. | TX0005780847 |
| Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| Adobe Photoshop Macintosh. | TX0003551958 |
| Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| Adobe Photoshop Windows. | TX0003596143 |
| Adobe Photoshop. | TX0004068613 |
| Adobe Photoshop. | TX0003120306 |
| Adobe Photoshop. | TX0002897138 |
| Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| Adope PhotoDeluxe, V1.0. | TX0004809739 |
| Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| Authorware 7.0 | TX0005800627 |
| Contribute 4 (Mac) | TX0006471404 |
| Designer 6.0 (Win) | TX0005932242 |
| Encore DVD 2.0 | TX0006277348 |
| Font Folio 9.0 (Mac) | TX0005401449 |
| Font Folio Open Type | TX0005845931 |
| Form Manager 6.0 | TX0006042527 |
| Framemaker 7.0 (Mac) | TX0005596921 |
| Framemaker 7.0 (Win) | TX0005596919 |
| FreeHand MX (Mac) | TX0005746988 |
| GoLive CS2 (Mac) | TX0006131268 |
| GoLive CS2 (Win) | TX0006131269 |
| Illustrator CS2 (Mac) | TX0006131282 |
| Illustrator CS2 (Win) | TX0006131283 |
| InCopy CS (Mac) | TX0005780859 |

| | |
|---|---|
| InCopy CS (Win) | TX0005780858 |
| InDesign CS2 (Mac) | TX0006139165 |
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |

EXHIBIT B
Trademark Registrations

| Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |

| 1482233 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
|---------|----------------------------|----------------------------|
| 1486895 | ADOBE | Adobe Systems Incorporated |
| 1479408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 1383131 | POSTSCRIPT | Adobe Systems Incorporated |
| 1463458 | POSTSCRIPT | Adobe Systems Incorporated |
| 2520435 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2650911 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2852245 | FLASH | Adobe Systems Incorporated |
| 2855434 | FLASH | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2068523 | ACROBAT | Adobe Systems Incorporated |
| 1997398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 1901566 | SHOCKWAVE | Adobe Systems Incorporated |
| 2294926 | DREAMWEAVER | Adobe Systems Incorporated |
| 2091087 | PAGEMAKER | Adobe Systems Incorporated |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 2, 2008, I served on the interested parties in this action with the following:

NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
[PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
[PROPOSED] ORDER

for the following civil action:

Adobe Systems Incorporated v. Brandon Roberts, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts 633 Ramblewood Dr. Canyon Lake, Texas 78133 | |
|---|---|

Place of Mailing: Glendale, California
Executed on July 2, 2008, at Glendale, California

Katrina Bartolome