J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 300-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Adobe Systems Incorporated, | ) | Case No. CV 08-934 SI |
|---|---|---|
| Plaintiff, | ) ) | ADMINISTRATIVE REQUEST TO VACATE CASE MANAGEMENT |
| v. | ) ) | CONFERENCE; DECLARATION IN |
| Brandon Roberts, et al., | ) ) | SUPPORT |
| Defendants. | ) | |

Plaintiff Adobe Systems Incorporated ("Plaintiff") hereby requests the Court vacate the Case Management Conference currently on calendar for August 29, 2008, based on Plaintiff's recent filing of its Motion for Default Judgment on or about July 2, 2008, which is currently set for hearing on October 3, 2008.

DATED:  July 3, 2008                J. Andrew Coombs, A Professional Corp.

                                    By: ___/s/ Annie S. Wang_____
                                        J. Andrew Coombs
                                        Annie S. Wang
                                    Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Roberts:  Req. to Vacate CMC                         - 1 -

**DECLARATION OF ANNIE S. WANG**

I, Annie S. Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Roberts, et al.</u> I make this declaration in support of Plaintiff's administrative request that the Court vacate the case management conference. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe that on or about July 2, 2008, Plaintiff filed its Motion for Default Judgment against Defendant Brandon Roberts.

3. I am informed and believe Plaintiff's Motion for Default Judgment is currently set for hearing on October 3, 2008.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 3rd day of July, 2008, at Glendale, California.

                                                      /s/ Annie S. Wang
                                                      ANNIE S. WANG

## **PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

      On July 3, 2008, I served on the interested parties in this action with the following:

ADMINISTRATIVE REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |

Place of Mailing: Glendale, California
Executed on July 3, 2008, at Glendale, California.

                                _____/s/ Annie S. Wang_____
                                        Annie S. Wang

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,           )   Case No. CV 08-934 SI
                                         )
11              Plaintiff,                )   [PROPOSED] ORDER VACATING
         v.                              )   CASE MANAGEMENT CONFERENCE
12                                       )
   Brandon Roberts, et al.,              )
13                                       )
                Defendants.              )
14

15     WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative

16 request to vacate the Case Management Conference in light of the pending Default Judgment

17 Motion, and good cause being shown, the Case Management Conference currently on calendar for

18 August 28, 2009 at 2:00 p.m. is hereby vacated.

19     IT IS SO ORDERED.

20

21 DATED:

22                                       _____
                                         Hon. Susan Illston
23                                       Judge, United States District Court, Northern
                                         District of California
24 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
25
   By: ___/s/ Annie S. Wang_____
26        J. Andrew Coombs
          Annie S. Wang
27 Attorneys for Plaintiff Adobe Systems Incorporated
28

Adobe v. Roberts: Proposed Order Vacating CMC         - 1 -

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 3, 2008, I served on the interested parties in this action with the following:

ADMINISTRATIVE REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |

Place of Mailing: Glendale, California
Executed on July 3, 2008, at Glendale, California.

_____/s/ Annie S. Wang_____
Annie S. Wang