J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>            Plaintiff,<br>   v.<br><br>Brandon Roberts, et al.,<br><br>            Defendants. | Case No. CV 08-934 SI<br><br>[PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT<br><br>Court: Hon. Susan Illston<br>Date: October 3, 2008<br>Time: 9:00 a.m. |

      This cause having come before this Court on the motion of Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") for entry of default judgment and permanent injunction against Defendant Brandon Roberts ("Defendant");

      AND, the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

      AND, GOOD CAUSE APPEARING THEREFORE, the Court finds the following facts:

      Plaintiff is the owner of all rights in and to certain copyright registrations including but not limited to, the copyrights which are the subject of the registrations listed in Exhibit A ("Plaintiff's Copyrights");

      Plaintiff has complied in all respects with the laws governing copyrights and secured the exclusive rights and privileges in and to Plaintiff's Copyrights;

      The appearance and other qualities of Plaintiff's Copyrights are distinctive and original;

Plaintiff is the owner of all rights in and to certain trademark registrations listed in Exhibit B, including, but not limited to, the trademarks which are listed below (collectively "Plaintiff's Trademarks"):

| Trademark | Registration Number | Date of Registration |
|---|---|---|
| A | 3032288 | 12/20/2005 |
| A | 2081343 | 07/22/1997 |
| A | 1998710 | 07/23/1996 |
| A ADOBE | 1901149 | 06/20/1995 |
| ADOBE | 3029061 | 12/13/2005 |
| ADOBE | 1988712 | 07/23/1996 |
| ADOBE | 1956216 | 02/13/1996 |
| ADOBE | 1475793 | 02/09/1988 |
| ADOBE | 1486895 | 05/03/1988 |
| ADOBE PHOTOSHOP | 1651380 | 07/23/1991 |
| CREATIVE SUITE | 3111341 | 07/04/2006 |
| PHOTOSHOP | 2920764 | 01/25/2005 |
| PHOTOSHOP | 1850242 | 08/16/1994 |

Plaintiff has complied in all respects with the laws governing trademarks and secured the exclusive rights and privileges in and to Plaintiff's Trademarks;

Defendant engages in the unauthorized business of importing, distributing, promoting, selling and/or offering for sale unauthorized counterfeit merchandise featuring Plaintiff's Copyrights and Trademarks ("Counterfeit Product").

Defendant's importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of the Counterfeit Product was engaged in willfully and intentionally, without leave or license from Plaintiff, in violation of Plaintiff's rights in and to Plaintiff's Copyrights and Trademarks. The devices, emblems, and artwork on the Counterfeit

Product are not just "confusingly similar" to Plaintiff's Copyrights and Trademarks, they are almost identical.

Plaintiff has instituted this action for an entirely proper and appropriate purpose, solely to vindicate and enforce compliance with its rights which have been knowingly and willfully infringed by Defendant and to recover for infringement of such rights. Plaintiff's action was not brought frivolously. In contrast, Defendant's infringing conduct, is a clear and unmistakable violation of Plaintiff's rights. Defendant's conduct ha~~s been patently unreasonable and egregious~~, violated Plaintiff's rights by appropriating and featuring Plaintiff's Copyrights and Trademarks on counterfeit product, when Defendant intended, or knew or should have known, that such infringing activity would likely injure Plaintiff's name and reputation, requiring Plaintiff to institute and prosecute this action, and incur fees and costs in so doing, in order to attempt to obtain Defendant's recognition and compliance with Plaintiff's rights.

The liability of the Defendant in the above-referenced action for his acts in violation of Plaintiff's rights is knowing and willful, and as such the Court expressly finds that there is no just reason for delay in entering the default judgment and permanent injunction sought herein.

Therefore, based upon the foregoing facts, and

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Judgment shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1051 *et seq.*, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made on the Defendant.

2) Defendant has distributed, sold, and offered for sale counterfeit merchandise which infringes upon Plaintiff's Copyrights and Trademarks.

3) The Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

    a)     Infringing Plaintiff's Copyrights and Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of Plaintiff's Copyrights and Trademarks, and, specifically:

    i)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Counterfeit Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Copyrights and Trademarks;

    b)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Copyrights and Trademarks;

    c)     Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or the Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

    d)     Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

4)     Defendant is ordered to deliver for destruction all Counterfeit Product, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Copyrights and Trademarks and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's Copyrights and Trademarks or any simulation, reproduction,

counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

5) Defendant is ordered to pay damages to Plaintiff pursuant to 15 U.S.C. § 1117 in the sum of ~~Two Hundred Fifty Thousand Dollars ($250,000.00).~~ $75,000.00

6) Defendant is ordered to pay interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. §1961(a).

7) This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Judgment against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

DATED: _____
Hon. Sustan Illston
Judge, United States District Court for the
Northern District of California

PRESENTED BY:
J. Andrew Coombs,
A Professional Corporation

By: __/s/ Annie S. Wang_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

EXHIBIT A
Copyright Registrations

| Title of Work | Copyright Registration No. |
|---|---|
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |

Adobe v. Roberts, et al.: [Proposed] Judgment Pursuant to Default    - 6 -

| | |
|---|---|
| Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |
| Adobe Acrobat Fill in 4.0. | TX0004241942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Messenger 1.0. | TX0005241268 |
| Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| Adobe ActiveShare 1.0. | TX0005086423 |
| Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| Adobe After Effects 5.5 Plug-in Power Pack for MacIntosh. | TX0005546626 |
| Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |

Adobe v. Roberts, et al.: [Proposed] Judgment Pursuant to Default    - 7 -

| | | |
|---|---|---|
| 1 | Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| 2 | Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| | Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| 3 | Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| | Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| 4 | Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| | Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| 5 | Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| | Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| 6 | Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| | Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| 7 | Adobe Audition 1.0 for Windows. | TX0005777207 |
| | Adobe Audition 1.5 for Windows. | TX0005932189 |
| 8 | Adobe Audition 2.0 for Windows. | TX0006277359 |
| 9 | Adobe Audition 3.0 for Windows. | TX0006816095 |
| | Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| 10 | Adobe Captivate 2 for Windows. | TX0006390833 |
| | Adobe Carlson Regular. | TX0003374876 |
| 11 | Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| | Adobe Caslon Alternate Bold. | TX0003501547 |
| 12 | Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| 13 | Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| | Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| 14 | Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| | Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| 15 | Adobe Creative Suite for Macintosh. | TX0005844481 |
| | Adobe Creative Suite for Windows. | TX0005844480 |
| 16 | Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |
| 17 | Adobe Exchange 2.0 for Windows. | TX0003961129 |
| | Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| 18 | Adobe Fireworks CS3 for Windows and Macintosh. | TX0006531654 |
| | Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| 19 | Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| | Adobe Flash Media Encoder 1.0. | TX0006526716 |
| 20 | Adobe Flash Media Encoder 1.0. | TX0006526716 |
| 21 | Adobe Flash Player 9 for Linux. | TX0006476523 |
| | Adobe Flash Player 9 for Linux. | TX0006476523 |
| 22 | Adobe Flash Player 9 for Solaris. | TX0006457897 |
| | Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| 23 | Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| | Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| 24 | Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| | Adobe Illustrator 10 for Windows. | TX0005446857 |
| 25 | Adobe Illustrator 3.0. | TX0003000202 |
| | Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| 26 | Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| 27 | Adobe Illustrator CS for Macintosh. | TX0005780817 |
| | Adobe Illustrator CS for Windows. | TX0005780806 |
| 28 | Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |

Adobe v. Roberts, et al.: [Proposed] Judgment Pursuant to Default   - 8 -

| | | |
|---|---|---|
| 1 | Adobe Illustrator. | TX0003380406 |
| | Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| 2 | Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| 3 | Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| | Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| 4 | Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| | Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| 5 | Adobe Photoshop : 5.5. | TX0005213806 |
| | Adobe Photoshop 6.0. | TX0005196369 |
| 6 | Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| 7 | Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| | Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| 8 | Adobe Photoshop CS for Macintosh. | TX0005780846 |
| | Adobe Photoshop CS for Windows. | TX0005780847 |
| 9 | Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| | Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| 10 | Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| | Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| 11 | Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| 12 | Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| | Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| 13 | Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| | Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| 14 | Adobe Photoshop Macintosh. | TX0003551958 |
| 15 | Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| | Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| 16 | Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| | Adobe Photoshop Windows. | TX0003596143 |
| 17 | Adobe Photoshop. | TX0004068613 |
| | Adobe Photoshop. | TX0003120306 |
| 18 | Adobe Photoshop. | TX0002897138 |
| | Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| 19 | Adope PhotoDeluxe, V1.0. | TX0004809739 |
| | Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| 20 | Authorware 7.0 | TX0005800627 |
| 21 | Contribute 4 (Mac) | TX0006471404 |
| | Designer 6.0 (Win) | TX0005932242 |
| 22 | Encore DVD 2.0 | TX0006277348 |
| | Font Folio 9.0 (Mac) | TX0005401449 |
| 23 | Font Folio Open Type | TX0005845931 |
| | Form Manager 6.0 | TX0006042527 |
| 24 | Framemaker 7.0 (Mac) | TX0005596921 |
| | Framemaker 7.0 (Win) | TX0005596919 |
| 25 | FreeHand MX (Mac) | TX0005746988 |
| 26 | GoLive CS2 (Mac) | TX0006131268 |
| | GoLive CS2 (Win) | TX0006131269 |
| 27 | Illustrator CS2 (Mac) | TX0006131282 |
| | Illustrator CS2 (Win) | TX0006131283 |
| 28 | InCopy CS (Mac) | TX0005780859 |

Adobe v. Roberts, et al.: [Proposed] Judgment Pursuant to Default - 9 -

| | |
|---|---|
| InCopy CS (Win) | TX0005780858 |
| InDesign CS2 (Mac) | TX0006139165 |
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |

EXHIBIT B
Trademark Registrations

| Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |

Adobe v. Roberts, et al.: [Proposed] Judgment Pursuant to Default    - 11 -

| | | |
|---|---|---|
| 1482233 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1486895 | ADOBE | Adobe Systems Incorporated |
| 1479408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 1383131 | POSTSCRIPT | Adobe Systems Incorporated |
| 1463458 | POSTSCRIPT | Adobe Systems Incorporated |
| 2520435 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2650911 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2852245 | FLASH | Adobe Systems Incorporated |
| 2855434 | FLASH | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2068523 | ACROBAT | Adobe Systems Incorporated |
| 1997398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 1901566 | SHOCKWAVE | Adobe Systems Incorporated |
| 2294926 | DREAMWEAVER | Adobe Systems Incorporated |
| 2091087 | PAGEMAKER | Adobe Systems Incorporated |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 2, 2008, I served on the interested parties in this action with the following:

NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
[PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
[PROPOSED] ORDER

for the following civil action:

<u>Adobe Systems Incorporated v. Brandon Roberts, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Brandon Roberts<br>633 Ramblewood Dr.<br>Canyon Lake, Texas 78133 | |
|---|---|

Place of Mailing: Glendale, California
Executed on July 2, 2008, at Glendale, California

_____
Katrina Bartolome